***"ATTACHMENT TO CHAPTER 15 PETITION"***

**IN RE PB LIFE AND ANNUITY CO., LTD. (IN PROVISIONAL LIQUIDATION)**

*Statement regarding line 8(i), persons or bodies authorized to administer foreign proceedings of the debtor*

- Rachelle Frisby (joint provisional liquidator ("**JPL**") of the debtor)
  c/o Deloitte Ltd.
  Corner House, 20 Parliament Street
  Hamilton HM 12
  Bermuda

- John Johnston (JPL of the debtor)
  c/o Deloitte Ltd.
  Corner House, 20 Parliament Street
  Hamilton HM 12
  Bermuda

Both Rachelle Frisby and John Johnston were appointed by the Supreme Court of Bermuda to act as the duly authorized foreign representatives of the debtor.

*Statement regarding line 8(ii), parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition*

- The debtor is the appellant in *PB Life & Annuity Co. Ltd. v. Universal Life Ins. Co.,* Case No. 20-3122 (2d Cir.) pending before the United States Court of Appeals for the Second Circuit.
- The debtor is a defendant in *Southland National Insurance Corporation, et al. v. Greg E. Lindberg, et al.,* General Court of Justice, Superior Court Division, Wake County North Carolina, Case No. 19 CV 013093 (the "NC Insurance Rehabilitation Action").

*Statement regarding line 8(iii), entities against whom provisional relief is being sought under §1519 of the Bankruptcy Code*

- Bankruptcy Rule 1007(a)(4) provides, in relevant part, that "a foreign representative filing a petition for recognition under chapter 15 shall file with the petition . . . unless the court orders otherwise, a list containing the names and addresses of . . . all entities against whom provisional relief is being sought under §1519 of the Code." Fed. R. Bankr. P. 1007(a)(4). The JPLs are seeking provisional relief against PBX Holdings, LLC, PBX Bermuda Holdings, Ltd., Greg E. Lindberg, Global Growth and the additional entities listed below:

| | |
|---|---|
| BMX Holdings Bermuda, Ltd.<br>Victoria Place, 5th Floor<br>31 Victoria Street<br>Hamilton, HM 10<br>Bermuda | Counsel for Plaintiffs in *Southland National Insurance Corporation, et al. v. Greg E. Lindberg, et al.*:<br>c/o Williams Mullen<br>Attn: Wes J Camden, Esq.<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601 |
| Counsel for Greg E. Lindberg and other defendants in *Southland National Insurance Corporation, et al. v. Greg E. Lindberg, et al*<br>Aaron Z. Tobin, Esq.<br>Condon Tobin Sladek Thornton PLLC<br>8080 Park Lane, Ste. 700<br>Dallas, TX 75231 | Edward Mill Asset Management, LLC<br>c/o Everett Gaskins Hancock, LLP<br>Attn.: Michael J. Byrne, Esq.<br>PO Box 911<br>Raleigh, NC 27602 |
| Oscar Manguy and Karla Meza<br>c/o Cervantes Hodges Law Firm<br>Attn: Antonio Cervantes, Esq.<br>The Gateway Building<br>333 H Street, Suite 5000<br>Chula Vista, CA 91910 | Universal Life Insurance Company<br>c/o Clyde & Co.<br>Attn: Michael A. Knoerzer and Kyley Knoerzer<br>405 Lexington Ave.<br>New York, NY 10174 |
| SunTrust Financial Services, Inc.<br>Attn: R. Alex Null, Senior Vice President and Senior Product Manager<br>303 Peachtree Street, NE<br>Suite 140<br>Atlanta, GA 30303 | BMX Holdings LLC<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 |
| PBX Holdings, LLC<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 | Gustavo Ortega Trujillo and Priscilla Illingworth Ashton<br>c/o Soreide Law Group PLLC<br>2335 E Atlantic Blvd #405<br>Pompano Beach, FL 33062<br>Attn: Lars Soreide, Esq. |
| PBX Bermuda Holdings Ltd.<br>Canon's Court<br>22 Victoria Street<br>Hamilton HM 12<br>Bermuda | PBX Bermuda Holdings, Ltd.<br>3406 Stagecoach Road<br>Durham, NC 27713 |
| Global Growth<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 | |