STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Facsimile: (212) 319-8505
Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis
nfk@stevenslee.com
cp@stevenslee.com
adm@stevenslee.com

*Counsel for Petitions Rachelle Frisby and*
*John Johnston, in their capacity as Joint*
*Provisional Liquidators and*
*Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PB LIFE AND ANNUITY CO., LTD., *et al.*,[1] | Case No. 20-12791 (SCC) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Constantine D. Pourakis hereby certifies that on December 4, 2020, true and correct copies of the:

1. Notice of Entry of Temporary Restraining Order and Order Shortening Notice of Motion Seeking Provisional Relief [Docket No. 10];

2. Notice of Entry of Temporary Restraining Order and Order Shortening Notice of Motion Seeking Provisional Relief [Docket No. 9, *In re: Northstar Financial Services (Bermuda) Ltd., Case No. 20-12792 (SCC)*];

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd. and Omnia Ltd, foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda of Ocorian Services (Bermuda) Limited, Victoria Place, 5th Floor, 31 Victoria Street, Hamilton, HM 10, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on December 4, 2020, ECF No. 11.

SL1 1668384v1 114825.00001

3. Notice of Entry of Temporary Restraining Order and Order Shortening Notice of Motion Seeking Provisional Relief [Docket No. 9, *In re: Omnia Ltd., Case No. 20-12793 (SCC)*];

4. Order Directing Joint Administration of the Debtors' Chapter 15 Cases [Docket No. 11];

5. Motion for (I) Ex Parte Emergency Relief and (II) Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 1521(A)(3), 1521(A)(7), and 362 [Docket No. 5];

6. Motion for (I) Ex Parte Emergency Relief and (II) Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 1521(A)(3), 1521(A)(7), and 362 [Docket No. 5, *In re: Northstar Financial Services (Bermuda) Ltd., Case No. 20-12792 (SCC)*];

7. Motion for (I) Ex Parte Emergency Relief and (II) Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 1521(A)(3), 1521(A)(7), and 362 [Docket No. 5, *In re: Omnia Ltd., Case No. 20-12793 (SCC)*];

8. Order (I) Scheduling Hearing on Verified Petitions of (A) PB Life and Annuity Co., Ltd., (B) Northstar Financial Services (Bermuda) Ltd., and (C) Omnia, Ltd.; (II) Specifying Deadline for Filing Objections; and (III) Specifying Form and Manner of Service of Notice [Docket No. 12]; and

9. Notice of Filing and Hearing on Verified Petitions for Recognition of Foreign Proceedings and Request for Related Relief [Docket No. 13]

were served on all parties in interest through the Court's CM/ECF system, and additionally, upon the parties set forth on the attached service list via FEDERAL EXPRESS.

Dated: New York, New York
December 4, 2020

                            STEVENS & LEE, P.C.

                            By: */s/ Constantine D. Pourakis*
                                Constantine D. Pourakis

                            *Counsel for the Petitioners Rachelle Frisby and John Johnston, in their capacity as Joint Provisional Liquidators and Foreign Representatives*

## SERVICE LIST

| | |
|---|---|
| BMX Holdings Bermuda, Ltd.<br>Victoria Place, 5th Floor<br>31 Victoria Street<br>Hamilton, HM 10<br>Bermuda | Counsel for Plaintiffs in *Southland National Insurance Corporation, et al. v. Greg E. Lindberg, et al.*:<br>c/o Williams Mullen<br>Attn: Wes J Camden, Esq.<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601 |
| Counsel for Greg E. Lindberg and other defendants in *Southland National Insurance Corporation, et al. v. Greg E. Lindberg, et al*<br>Aaron Z. Tobin, Esq.<br>Condon Tobin Sladek Thornton PLLC<br>8080 Park Lane, Ste. 700<br>Dallas, TX 75231 | Edward Mill Asset Management, LLC<br>c/o Everett Gaskins Hancock, LLP<br>Attn.: Michael J. Byrne, Esq.<br>PO Box 911<br>Raleigh, NC 27602 |
| Oscar Manguy and Karla Meza<br>c/o Cervantes Hodges Law Firm<br>Attn: Antonio Cervantes, Esq.<br>The Gateway Building<br>333 H Street, Suite 5000<br>Chula Vista, CA 91910 | Universal Life Insurance Company<br>c/o Clyde & Co.<br>Attn: Michael A. Knoerzer and Kyley Knoerzer<br>405 Lexington Ave.<br>New York, NY 10174 |
| SunTrust Financial Services, Inc.<br>Attn: R. Alex Null, Senior Vice President and Senior Product Manager<br>303 Peachtree Street, NE<br>Suite 140<br>Atlanta, GA 30303 | BMX Holdings LLC<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 |
| PBX Holdings, LLC<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 | Gustavo Ortega Trujillo and Priscilla Illingworth Ashton<br>c/o Soreide Law Group PLLC<br>2335 E Atlantic Blvd #405<br>Pompano Beach, FL 33062<br>Attn: Lars Soreide, Esq. |
| PBX Bermuda Holdings Ltd.<br>Canon's Court<br>22 Victoria Street<br>Hamilton HM 12<br>Bermuda | PBX Bermuda Holdings, Ltd.<br>3406 Stagecoach Road<br>Durham, NC 27713 |
| Global Growth<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 | |

SL1 1668384v1 114825.00001