STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone:  (212) 319-8500
Facsimile:  (212) 319-8505
Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis
nfk@stevenslee.com
cp@stevenslee.com
adm@stevenslee.com

*Counsel for Petitions Rachelle Frisby and
John Johnston, in their capacity as Joint
Provisional Liquidators and
Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PB LIFE AND ANNUITY CO., LTD., *et al.*,[1] | Case No. 20-12791 (SCC) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Constantine D. Pourakis hereby certifies that on December 4, 2020, true and correct copies of the:

1. Notice of Filing and Hearing on Verified Petitions for Recognition of Foreign Proceedings and Request for Related Relief [Docket No. 13];

2. Chapter 15 Petition, with attachments [Docket No. 1];

3. Chapter 15 Petition, with attachments [Docket No. 1, *In re: Northstar Financial Services (Bermuda) Ltd., Case No. 20-12792 (SCC)*];

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd. and Omnia Ltd, foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda of Ocorian Services (Bermuda) Limited, Victoria Place, 5th Floor, 31 Victoria Street, Hamilton, HM 10, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on December 4, 2020, ECF No. 11.

4.  Chapter 15 Petition with attachments [Docket No. 1, *In re: Omnia Ltd., Case No. 20-12793 (SCC)*];

5.  Verified Petition of PB Life and Annuity Co., Ltd. (In Provisional Liquidation) and Motion of The Joint Provisional Liquidators for (A) Recognition of the Bermuda Proceeding As A Foreign Main Proceeding or, In the Alternative, As a Foreign Nonmain Proceeding and (B) Certain Related Relief, with Exhibit A [Docket No. 2];

6.  Verified Petition of Northstar Financial Services (Bermuda) Ltd. (In Provisional Liquidation) and Motion of The Joint Provisional Liquidators for (A) Recognition of the Bermuda Proceeding As A Foreign Main Proceeding or, In the Alternative, As a Foreign Nonmain Proceeding and (B) Certain Related Relief [Docket No. 2; *In re: Northstar Financial Services (Bermuda) Ltd., Case No. 20-12792 (SCC)*];

7.  Verified Petition of Ominia, Ltd. (In Provisional Liquidation) and Motion of The Joint Provisional Liquidators for (A) Recognition of the Bermuda Proceeding As A Foreign Main Proceeding or, In the Alternative, As a Foreign Nonmain Proceeding and (B) Certain Related Relief [Docket No. 2; *In re: Omnia Ltd., Case No. 20-12793 (SCC)*]

8.  Memorandum of Law In Support of Verified Petition of PB Life and Annuity Co., Ltd. (In Provisional Liquidation) and Motion of The Joint Provisional Liquidators for (A) Recognition of the Bermuda Proceeding As A Foreign Main Proceeding or, In the Alternative, As a Foreign Nonmain Proceeding and (B) Certain Related Relief [Docket No. 3];

9.  Memorandum of Law In Support of Verified Petition of Northstar Financial Services (Bermuda) Ltd. (In Provisional Liquidation) and Motion of The Joint Provisional Liquidators for (A) Recognition of the Bermuda Proceeding As A Foreign Main Proceeding or, In the Alternative, As a Foreign Nonmain Proceeding and (B) Certain Related Relief [Docket No. 3; *In re: Northstar Financial Services (Bermuda) Ltd., Case No. 20-12792 (SCC)*];

10. Memorandum of Law In Support of Verified Petition of Omnia, Ltd. (In Provisional Liquidation) and Motion of The Joint Provisional Liquidators for (A) Recognition of the Bermuda Proceeding As A Foreign Main Proceeding or, In the Alternative, As a Foreign Nonmain Proceeding and (B) Certain Related Relief [Docket No. 3; *In re: Omnia Ltd., Case No. 20-12793 (SCC)*];

11. Declaration of Rachelle Frisby Pursuant to 28 U.S.C. § 1746 and Statements and Lists Required by Bankruptcy Rule 1007(A)(4), with Exhibits A and B [Docket No. 4];

12. Declaration of Rachelle Frisby Pursuant to 28 U.S.C. § 1746 and Statements and Lists Required by Bankruptcy Rule 1007(A)(4), with Exhibit A [Docket No. 4; *In re: Northstar Financial Services (Bermuda) Ltd., Case No. 20-12792 (SCC)*];

13. Declaration of Rachelle Frisby Pursuant to 28 U.S.C. § 1746 and Statements and Lists Required by Bankruptcy Rule 1007(A)(4), with Exhibit A [Docket No. 4; *In re: Omnia Ltd., Case No. 20-12793 (SCC)*];

14. Corporate Ownership Statement [Docket No. 5]

15. Corporate Ownership Statement [Docket No. 5; *In re: Northstar Financial Services (Bermuda) Ltd., Case No. 20-12792 (SCC)*] and

16. Corporate Ownership Statement [Docket No. 5; *In re: Omnia Ltd., Case No. 20-12793 (SCC)*];

were served on all parties in interest through the Court's CM/ECF system, and additionally, upon the parties set forth on the attached service list via FEDERAL EXPRESS.

Dated: New York, New York
December 7, 2020

STEVENS & LEE, P.C.

By: ___/s/ Constantine D. Pourakis_____
Constantine D. Pourakis

*Counsel for the Petitioners Rachelle Frisby and John Johnston, in their capacity as Joint Provisional Liquidators and Foreign Representatives*

## SERVICE LIST

| | |
|---|---|
| BMX Holdings Bermuda, Ltd.<br>Victoria Place, 5th Floor<br>31 Victoria Street<br>Hamilton, HM 10<br>Bermuda | Counsel for Plaintiffs in *Southland National Insurance Corporation, et al. v. Greg E. Lindberg, et al.*:<br>c/o Williams Mullen<br>Attn: Wes J Camden, Esq.<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601 |
| Counsel for Greg E. Lindberg and other defendants in *Southland National Insurance Corporation, et al. v. Greg E. Lindberg, et al*<br>Aaron Z. Tobin, Esq.<br>Condon Tobin Sladek Thornton PLLC<br>8080 Park Lane, Ste. 700<br>Dallas, TX 75231 | Edward Mill Asset Management, LLC<br>c/o Everett Gaskins Hancock, LLP<br>Attn.: Michael J. Byrne, Esq.<br>PO Box 911<br>Raleigh, NC 27602 |
| Oscar Manguy and Karla Meza<br>c/o Cervantes Hodges Law Firm<br>Attn: Antonio Cervantes, Esq.<br>The Gateway Building<br>333 H Street, Suite 5000<br>Chula Vista, CA 91910 | Universal Life Insurance Company<br>c/o Clyde & Co.<br>Attn: Michael A. Knoerzer and Kyley Knoerzer<br>405 Lexington Ave.<br>New York, NY 10174 |
| SunTrust Financial Services, Inc.<br>Attn: R. Alex Null, Senior Vice President and Senior Product Manager<br>303 Peachtree Street, NE<br>Suite 140<br>Atlanta, GA 30303 | BMX Holdings LLC<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 |
| PBX Holdings, LLC<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 | Gustavo Ortega Trujillo and Priscilla Illingworth Ashton<br>c/o Soreide Law Group PLLC<br>2335 E Atlantic Blvd #405<br>Pompano Beach, FL 33062<br>Attn: Lars Soreide, Esq. |
| PBX Bermuda Holdings Ltd.<br>Canon's Court<br>22 Victoria Street<br>Hamilton HM 12<br>Bermuda | PBX Bermuda Holdings, Ltd.<br>3406 Stagecoach Road<br>Durham, NC 27713 |
| Global Growth<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 | |