STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Facsimile: (212) 319-8505
Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis
nfk@stevenslee.com
cp@stevenslee.com
adm@stevenslee.com

*Counsel for Petitions Rachelle Frisby and*
*John Johnston, in their capacity as Joint*
*Provisional Liquidators and*
*Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>　　　Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (SCC)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

　　　Constantine D. Pourakis hereby certifies that on December 21, 2020, true and correct copies of the:

1. Motion for Order Compelling Turnover of Books and Records and Attorney Files Pursuant to 11 U.S.C. §§ 105, 1519(a)(3), 1519(a)(4) & 1521(a)(7), with Exhibits A through S [Docket No. 21];

2. Supplemental Declaration of Rachelle Frisby Pursuant to 28 U.S.C. § 1746 [Docket No. 22];

3. Declaration of Mark Diel Pursuant to 28 U.S.C. § 1746 [Docket No. 23]; and

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd. and Omnia Ltd, foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on December 4, 2020, ECF No. 11.

4. Notice of Hearing on Motion for Order Compelling Turnover of Books and Records and Attorney Files Pursuant to 11 U.S.C. §§ 105, 1519(a)(3), 1519(a)(4) & 1521(a)(7), with Exhibit A General Order M-543 [Docket No. 24];

were served on all parties in interest through the Court's CM/ECF system, and additionally, upon the parties set forth on the attached service list via FEDERAL EXPRESS.

Dated: New York, New York
December 21, 2020

STEVENS & LEE, P.C.

By: */s/ Constantine D. Pourakis*
Constantine D. Pourakis

*Counsel for the Petitioners Rachelle Frisby and John Johnston, in their capacity as Joint Provisional Liquidators and Foreign Representatives*

SL1 1670698v1 114825.00001

## SERVICE LIST

| | |
|---|---|
| Aaron Z. Tobin, Esq.<br>Condon Tobin Sladek Thornton PLLC<br>8080 Park Lane, Ste. 700<br>Dallas, TX 75231 | Law Office of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, NJ 07675 |
| Office of the United States Trustee for the Southern District of New York<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Shannon Scott, Esq. | Counsel for Plaintiffs in *Southland National Insurance Corporation, et al. v. Greg E. Lindberg, et al.*:<br>c/o Williams Mullen<br>Attn: Wes J Camden, Esq.<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601 |
| Global Growth<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 | Squire Patton Boggs (US) LLP<br>Attn: Norman N. Kinel, Esq.<br>1211 Avenue of the Americas, 26th Floor<br>New York, NY 10136<br>*Counsel for Colorado Bankers Life Ins. Co., Bankers Life Ins. Co., Southland National Ins. Corp. and Southland National Reinsurance Corp.* |