STEVENS & LEE
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Facsimile: (212) 319-8505
Nicholas F. Kajon
Eric M. Robinson
Constantine D. Pourakis
Andreas D. Milliaressis
nicholas.kajon@stevenslee.com
eric.robinson@stevenslee.com
constantine.pourakis@stevenslee.com
andreas.milliaressis@stevenslee.com

*Counsel for Petitioners Rachelle Frisby and*
*John Johnston, in their capacity as*
*Joint Provisional Liquidators and*
*Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

Nicholas F. Kajon hereby certifies that on June 21, 2021, true and correct copies of the:

1. Reply In Further Support of Motion for a Further Order Compelling Turnover of Books and Records and Attorney Files Pursuant to 11 U.S.C. §§ 105, 542, 1519(a)(3), 1519(A)(4) & 1521(A)(7), with Exhibits A through C [Docket No. 63];

2. Declaration of Mark Diel In Support of Motion for a Further Order Compelling Turnover of Books and Records and Attorney Files Pursuant to 11 U.S.C. §§ 105,

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021, ECF No. 42.

SL1 1699332v3 114825.00001

    542, 1519(a)(34), 1519(A)(4) & 1521(A)(7), with Exhibits A and B [Docket No. 63-8, 63-9, 63-10];

3. Declaration of Andreas D. Milliaressis In Support of Motion for a Further Order Compelling Turnover of Books and Records and Attorney Files Pursuant to 11 U.S.C. §§ 105, 542, 1519(A)(34), 1519(A)(4) & 1521(a)(7) [Docket No. 63-11];

4. Declaration of Michael A. Cedrone In Support of Motion for a Further Order Compelling Turnover of Books and Records and Attorney Files Pursuant to 11 U.S.C. §§ 105, 542, 1519(A)(34), 1519(A)(4) & 1521(a)(7) [Docket No. 63-12];

5. Declaration of Rachelle Frisby In Further Support of Motion for a Further Order Compelling Turnover of Books and Records and Attorney Files Pursuant to 11 U.S.C. §§ 105, 542, 1519(a)(34), 1519(A)(4) & 1521(A)(7), with Exhibits RF1 through RF11 [Docket No. 64]; and

6. Motion To Exceed Page Limitation for Reply In Further Support of Motion for A Further Order Compelling Turnover of Books and Records and Attorney Files Pursuant to 11 U.S.C. §§ 105, 542, 1519(A)(34), 1519(A)(4) & 1521(a)(7) [Docket No. 65]

were served on all parties in interest through the Court's CM/ECF system, and additionally, upon the parties set forth on the attached service list via FEDERAL EXPRESS; and where indicated, service was made by electronic mail.

Dated: New York, New York
       June 22, 2021

                                STEVENS & LEE, P.C.

                                By: */s/ Nicholas F. Kajon*
                                      Nicholas F. Kajon

                                *Counsel for the Petitioners*
                                *Rachelle Frisby and John Johnston, in their*
                                *capacity as Joint Provisional Liquidators and*
                                *Foreign Representatives*

## SERVICE LIST

| | |
|---|---|
| Aaron Z. Tobin, Esq.<br>Jared T.S. Pace, Esq.<br>Seth Moore, Esq.<br>Condon Tobin Sladek Thornton PLLC<br>8080 Park Lane, Ste. 700<br>Dallas, TX 75231<br><br>*Via Email and Federal Express Delivery* | Law Office of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, NJ 07675<br><br>*Via Email and Federal Express Delivery* |
| Office of the United States Trustee for the Southern District of New York<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Shannon Scott, Esq.<br><br>*Via Federal Express Delivery* | Counsel for Plaintiffs in *Southland National Insurance Corporation, et al. v. Greg E. Lindberg, et al.*:<br>c/o Williams Mullen<br>Attn: Wes J Camden, Esq.<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601 |
| Global Growth<br>Attn: Registered Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 | Squire Patton Boggs (US) LLP<br>Attn: Norman N. Kinel, Esq.<br>1211 Avenue of the Americas, 26th Floor<br>New York, NY 10136<br>*Counsel for Colorado Bankers Life Ins. Co., Bankers Life Ins. Co., Southland National Ins. Corp. and Southland National Reinsurance Corp.* |