UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>PB LIFE AND ANNUITY CO. LTD,<br><br>Debtor in Foreign Proceeding. | Case No. 20-12791 (SCC)<br><br>Chapter 15<br><br>Adversary No. 21-01139 (LGB) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Abigail Storm Campbell, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Respondents, Condon Tobin Sladek Thornton Nerenberg PLLC, Greg E. Lindberg, and Global Growth Holdings, Inc., in the above referenced case.

I certify that I am a member of good standing of the bar in the State of Texas.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: New York, New York
June 22, 2021

                                            Respectfully Submitted,

                                            */s/ Abigail Storm Campbell*
                                            Abigail Storm Campbell
                                            **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
                                            8080 Park Lane, Suite 700
                                            Dallas, Texas 75231
                                            Telephone.: 214-265.3800
                                            Facsimile:   214-691-6311
                                            *acampbell@condontobin.com*

                                            *Counsel for Respondents Condon Tobin Sladek Thornton Nerenberg PLLC, Greg E. Lindberg, and Global Growth Holdings, Inc.*

Page **1** of 1

27308240v1 92132.127.02