UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
: 
In re :
:  Case No. 20-12791 (LGB)
PB LIFE AND ANNUITY CO. LTD, :
:  Chapter 15
Debtor in Foreign Proceeding. :
---------------------------------------------------------------- :  Adversary No. 21-01139 (LGB)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Abigail Storm Campbell, to be admitted, *pro hac vice,* to represent *Condon Tobin Sladek Thornton Nerenberg PLLC, Greg E. Lindberg, and Global Growth Holdings, Inc.,* (the "Client") respondents in the above referenced case, and upon the movant's certification that the movant is a member of good standing of the bar in the State of Texas, it is hereby

**ORDERED**, that Abigail Storm Campbell, Esq, is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United State Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 22nd, 2021
New York, New York

                                        **/s/ Lisa G. Beckerman**
                                        UNITED STATES BANKRUPTCY JUDGE