UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>         Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION TO EXCEED PAGE LIMITATION FOR REPLY IN FURTHER SUPPORT OF MOTION FOR A FURTHER ORDER COMPELLING TURNOVER OF BOOKS AND RECORDS AND ATTORNEY FILES PURSUANT TO 11 U.S.C. §§ 105, 542, 1519(A)(3), 1521(A)(4) & 1521(A)(7)**

Upon the Motion of Rachelle Frisby and John Johnston of Deloitte Ltd. ("Deloitte"), the joint provisional liquidators and authorized foreign representatives ("Petitioners" or "JPLs") for PB Life and Annuity Co., Ltd. ("PBLA"), Northstar Financial Services (Bermuda) Ltd. ("Northstar") and Omnia Ltd. ("Omnia", together with PBLA and Northstar, the "Debtors"), for entry of an Order authorizing the JPLs' *Motion to Exceed the Page Limitation for Reply in Further Support of Motion for a Further Order Compelling Turnover of Books and Records and Attorney Files Pursuant to 11 U.S.C. §§ 105, 542, 1519(a)(3), 1521(a)(4) & 1521(a)(7)*; due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and it appearing that there is good cause for the relief requested in the Motion;

IT IS HEREBY ORDERED, that

1. The Motion is GRANTED.

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021, ECF No. 42.

2. The Court will consider the Reply, as filed, with a length of not more than twenty-one (21) pages, excluding tables of contents and authorities.

Dated:  June 22nd, 2021   **/s/ Lisa G. Beckerman**

                                        UNITED STATES BANKRUPTCY JUDGE