# Notice Recipients

| District/Off: 0208−1 | User: Admin | Date Created: 7/6/2021 |
|---|---|---|
| Case: 20−12791−lgb | Form ID: pdf001 | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| cr | Southland National Reinsurance Corporation |
|---|---|
| cr | Southland National Insurance Corporation |
| cr | Bankers Life Insurance Company |
| cr | Colorado Bankers Life Insurance Company |
| res | Global Growth Holdings, Inc. |
| res | Greg E. Lindberg |

TOTAL: 6

**Recipients of Notice of Electronic Filing:**

| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
|---|---|---|
| aty | Abigail R. Storm | acampbell@condontobin.com |
| aty | Charles A. Gruen | cgruen@gruenlaw.com |
| aty | Constantine Dean Pourakis | cp@stevenslee.com |
| aty | James Seth Moore | smoore@ctstlaw.com |
| aty | Jared Pace | jpace@condontobin.com |
| aty | Nicholas F. Kajon | nfk@stevenslee.com |
| aty | Norman N Kinel | norman.kinel@squirepb.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | PB Life and Annuity Co., Ltd.     Corner House     20 Parliament Street     Hamilton, HM 12 BERMUDA     BERMUDA |
|---|---|
| frep | PB Life and Annuity Co., Ltd.     Corner House     20 Parliament Street     Hamilton, HM 12 BERMUDA     BERMUDA |
| frep | Rachelle Frisby and John Johnston, as Joint Provisional Liquidators     Corner House     20 Parliament Street     Hamilton, HM 12 BERMUDA |
| res | Law Offices of Charles A. Gruen     Law Offices of Charles A. Gruen     381 Broadway     Suite 300     Westwood, NJ 07675 |
| res | Condon Tobin Sladek Thornton Nerenberg PLLC     8080 Park Lane     Suite 700     dallas, TX 75231 |

TOTAL: 5