**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re: PB LIFE AND ANNUITY CO., LTD.

                        Debtor
---------------------------------------------------------------x
    Universal Life Insurance Company,

                      Plaintiff

                     v.
    Global Growth Holdings, Inc., et al.

                     Defendant
---------------------------------------------------------------x

Case No.: 20-12791-lgb

Chapter 15

Adversary Proceeding No.: 21-01169

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

    Upon the motion of Clinton E. Cameron, to be admitted, *pro hac vice*, to represent Universal Life Insurance Company, (the "Client") a interested party in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, Michigan, DC and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

    **ORDERED**, that Clinton E. Cameron, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 7th, 2021
**New York**, New York                      /s/ Lisa G. Beckerman
                                                            UNITED STATES BANKRUPTCY JUDGE