Charles A. Gruen (CG5456)
**LAW OFFICES OF CHARLES A. GRUEN**
381 Broadway, Suite 300
Westwood, New Jersey 07675
(201) 342-1212

Aaron Z. Tobin (*pro hac vice application to be filed*)
Jared T.S. Pace (*pro hac vice*)
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Tel.: 214-265.3800; Fax: 214-691-6311
atobin@condontobin.com
jpace@condontobin.com

*Counsel for Respondents Condon Tobin Sladek Thornton Nerenberg PLLC, Law Offices of Charles A. Gruen, Greg E. Lindberg, Global Growth Holdings, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
In re                                                          :
                                                               :       Chapter 15
PB LIFE AND ANNUITY CO. LTD, et al,                            :
                                                               :       Case No. 20-12791 (SCC)
                        Debtor in Foreign Proceeding.          :
                                                               :       (Jointly Administered)
---------------------------------------------------------------X

# NOTICE OF MOTION TO EXTEND JULY 14, 2021 DEADLINE IN THE COURT'S ORDER AT ECF 79

27457267v1 92132.127.02

PLEASE TAKE NOTICE that July 28, 2021, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorney for RESPONDENTS CONDON TOBIN SLADEK THORNTON NERENBERG PLLC, LAW OFFICES OF CHARLES A. GRUEN, GREG E. LINDBERG, AND GLOBAL GROWTH HOLDINGS, INC., will move before the Honorable Lisa G. Beckerman, United States Bankruptcy Court for the Southern District of New York for an Order extending the July 14, 2021 deadlines in the order at ECF 79 to July 23, 2021.

PLEASE TAKE FURTHER NOTICE that due to the COVID-19 pandemic and in accordance with the Court's General Order M-543, dated March 20, 2020, the hearing will only be conducted telephonically. Parties should not appear in person and those wishing to participate in the hearing must make arrangements through Court Solutions, LLC. Instructions to register for Court Solutions, LLC are attached to the Court's General Order M-543.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, containing objections, shall be filed with the Clerk of the Court and served upon the undersigned counsel so as to be received at least three (3) days before the scheduled hearing.

Dated: July 14, 2021
New York, New York

                    Respectfully Submitted,

                    **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

                    */s/ Jared T.S. Pace*
                    Aaron Z. Tobin (*pro hac vice application to be filed*)
                    atobin@condontobin.com
                    Jared T.S. Pace (*pro hac vice*)
                    jpace@condontobin.com
                    8080 Park Lane, Suite 700
                    Dallas, Texas 75231
                    Telephone: 214-265-3800
                    Facsimile: 214-691-6311

                    and

                    Charles A. Gruen (CG5456)
                    cgruen@gruenlaw.com
                    **LAW OFFICES OF CHARLES A. GRUEN**
                    381 Broadway, Suite 300
                    Westwood, New Jersey 07675
                    Telephone: 201-342-1212

                    *Counsel for Respondents*