UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 15 |
| PB LIFE AND ANNUITY CO. LTD, et al, | Case No. 20-12791 (SCC) |
| Debtor in Foreign Proceeding. | (Jointly Administered) |

## **ORDER**

THIS MATTER having come before the Court upon an application of the movant, Respondents Condon Tobin Sladek Thornton Nerenberg PLLC, Law Offices of Charles A. Gruen, Greg E. Lindberg, and Global Growth Holdings, Inc., to extend the July 14, 2021 deadlines in the order at ECF 79 to July 23, 2021, and the Court having reviewed the submissions of the parties, and for good cause shown;

IT IS on this ____ day of _____, 2021;

ORDERED that the July 14, 2021 deadlines in the Court's order at ECF 79 are extended to July 23, 2021.

ORDERED that a copy of the within Order be served upon all parties in interest within _____ days from the date hereof.

_____
LISA G. BECKERMAN, U.S.B.J.

Dated: July __, 2021
New York, New York