UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re                                                                           :
:                                    Chapter 15
PB LIFE AND ANNUITY CO. LTD, et al,               :
:                                    Case No. 20-12791 (SCC)
Debtor in Foreign Proceeding.  :
------------------------------------------------------------:    (Jointly Administered)


## CERTIFICATION OF SERVICE

Notice of Motion
Returnable: July 28, 2021, at 10:00 AM

1. I, JARED T.S. PACE, am an attorney at law duly admitted to practice law *pro hac vice* in the above-referenced proceeding and am an attorney for the Respondents in this matter.

2. On July 14, 2021, I caused to be electronically filed with the Clerk of this Court, with an electronic copy going to Nicholas F. Kajon and Constantine D. Pourakis, attorneys for Debtor, the Notice of Motion and proposed form of Order concerning Respondents' Motion to Extend July 14, 2021 Deadlines in the Court's Order at ECF 79.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


*/s/ Jared T.S. Pace*
JARED T.S. PACE

Dated:  July 14, 2021