Charles A. Gruen (CG5456)
**LAW OFFICES OF CHARLES A. GRUEN**
381 Broadway, Suite 300
Westwood, New Jersey 07675
(201) 342-1212

Aaron Z. Tobin (*pro hac vice application to be filed*)
Jared T.S. Pace (*pro hac vice*)
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Tel.: 214-265.3800; Fax: 214-691-6311
atobin@condontobin.com
jpace@condontobin.com

*Counsel for Respondents Condon Tobin Sladek Thornton Nerenberg PLLC, Law Offices of Charles A. Gruen, Greg E. Lindberg, Global Growth Holdings, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 15 |
| PB LIFE AND ANNUITY CO. LTD, et al, | Case No. 20-12791 (SCC) |
| Debtor in Foreign Proceeding. | (Jointly Administered) |

## MOTION TO SHORTEN NOTICE ON RESPONDENTS' MOTION TO EXTEND JULY 14, 2021 DEADLINES IN THE COURT'S ORDER AT ECF 79

Respondents Condon Tobin Sladek Thornton Nerenberg PLLC, Law Offices of Charles A. Gruen, Greg E. Lindberg, and Global Growth Holdings, Inc. (collectively, "Respondents"), by

1

27457949v1 92132.127.02

and through the undersigned counsel to Respondents, hereby submit this motion for an entry of an order shortening the notice on Respondents' Motion to Extend the July 14, 2021 Deadline in the Court's Order at ECF 79 (the "Motion"), and in support show:

On July 8, 2021 the Court entered an Order Setting Schedule and Adjourning Hearing on Motion for Further Order Compelling Turnover of Books and Records and Attorney Files (ECF 79). On July 14, 2021 Respondents filed the Motion (ECF 82) and Notice of the Motion (ECF 81) to be heard on July 28, 2021, at 10:00 a.m. (ET).

WHEREFORE, the Respondents pray for an Order of this Court shortening the notice of the Motion, setting July 18, 2021 at noon (ET) as the objection deadline to the Motion, and setting the hearing of the Motion on July 20, 2021 at 10:00 a.m. (ET).

Dated:  July 15, 2021
New York, New York

27457949v1 92132.127.02

Respectfully Submitted,

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

*/s/ Jared T.S. Pace*
Aaron Z. Tobin (*pro hac vice application to be filed*)
atobin@condontobin.com
Jared T.S. Pace (*pro hac vice*)
jpace@condontobin.com
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214-265-3800
Facsimile:  214-691-6311

and

Charles A. Gruen (CG5456)
cgruen@gruenlaw.com
**LAW OFFICES OF  CHARLES A. GRUEN**
381 Broadway, Suite 300
Westwood, New Jersey 07675
Telephone:  201-342-1212

*Counsel for Respondents*