UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                               :

In re                         :

                               :             Chapter 15

PB LIFE AND ANNUITY CO. LTD, et al,    :

                               :        Case No. 20-12791 (SCC)

             Debtor in Foreign Proceeding. :

---------------------------------------------------------------:     (Jointly Administered)

## <u>ORDER GRANTING RESPONDENTS' MOTION TO SHORTEN NOTICE</u>

Upon the consideration of *Respondents' Motion to Shorten Notice on Respondents' Motion to Extend July 14, 2021 Deadline in the Court's Order at ECF 79*, it is hereby

ORDERED that the motion is GRANTED, and *Respondents' Motion to Extend July 14, 2021 Deadline in the Court's Order at ECF 79* shall be heard on July 20, 2021 at 10:00 a.m. (ET). Objections shall be filed and served (which may be by email) so as to be received by Condon Tobin Sladek Thornton Nerenberg PLLC, counsel to Respondents, on or before July 18, 2021 at noon (ET).

Dated: July _____, 2021
      New York, New York

                                     _____

                                     LISA G. BECKERMAN, U.S.B.J.