UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
:
In re                                                       :
:                    Chapter 15
PB LIFE AND ANNUITY CO. LTD, et al,         :
:                    Case No. 20-12791 (SCC)
Debtor in Foreign Proceeding. :
----------------------------------------------------------:     (Jointly Administered)

### CERTIFICATION OF SERVICE

Motion to Shorten Notice
Returnable: July 20, 2021, at 10:00 AM

1. I, JARED T.S. PACE, am an attorney at law duly admitted to practice law *pro hac vice* in the above-referenced proceeding and am an attorney for the Respondents in this matter.

2. On July 15, 2021, I caused to be electronically filed with the Clerk of this Court, with an electronic copy going to Nicholas F. Kajon, Constantine D. Pourakis, and Andreas D. Milliaressis, attorneys for Debtor, the Motion to Shorten Notice on Respondents' Motion to Extend July 14, 2021 Deadline in the Court's Order at ECF 79 and proposed form of Order.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Jared T.S. Pace*
JARED T.S. PACE

Dated: July 15, 2021

27458030v1 92132.127.02