Charles A. Gruen (CG5456)
**LAW OFFICES OF CHARLES A. GRUEN**
381 Broadway, Suite 300
Westwood, New Jersey 07675
(201) 342-1212

Aaron Z. Tobin (*pro hac vice*)
Jared T.S. Pace (*pro hac vice*)
J. Seth Moore (*pro hac vice*)
Colby Roberts (*pro hac vice*)
Abigail R.S. Campbell (*pro hac vice*)
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Tel.: 214-265.3800; Fax: 214-691-6311
atobin@condontobin.com
jpace@condontobin.com
smoore@condontobin.com
croberts@condontobin.com
acampbell@condontobin.com
*Counsel for Movants Greg Lindberg,*
*Global Growth Holdings, Inc., and*
*New England Capital, LLC*

.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re                                                          :
                                                               :   Chapter 15
PB LIFE AND ANNUITY CO. LTD, et al,                            :
                                                               :   Case No. 20-12791 (SCC)
              Debtor in Foreign Proceeding.                    :
                                                               :   (Jointly Administered)
---------------------------------------------------------------X

## NOTICE OF FILING

Movants Greg E. Lindberg, Global Growth Holdings, Inc., and New England Capital, LLC (collectively, "Movants"), by and through the undersigned counsel, hereby submit this

1

Notice of Filing in connection with *Movants' Emergency Motion for Relief from Automatic Stay and the Court's Recognition Order at ECF 33* (the "Motion for Relief"), and in support show:

Pursuant to the Court's request on July 13, 2022, Movants submit the attached Omnibus Membership Interest Contribution Agreement, which is a draft specimen of the documents that Movants may be ordered to contribute to the registry of the North Carolina court, as described in the Motion for Relief.

Dated: July 18, 2022
New York, New York

        Respectfully Submitted,

        **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

        */s/ Jared T.S. Pace*
        Aaron Z. Tobin (*pro hac vice*)
        Jared T.S. Pace (*pro hac vice*)
        J. Seth Moore (*pro hac vice*)
        Colby Roberts (*pro hac vice*)
        Abigail R.S. Campbell (*pro hac vice*)
        **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
        8080 Park Lane, Suite 700
        Dallas, Texas 75231
        Tel.: 214-265.3800
        Fax: 214-691-6311
        atobin@condontobin.com
        jpace@condontobin.com
        smoore@condontobin.com
        croberts@condontobin.com
        acampbell@condontobin.com

        and

        Charles A. Gruen (CG5456)
        cgruen@gruenlaw.com
        **LAW OFFICES OF CHARLES A. GRUEN**
        381 Broadway, Suite 300

Westwood, New Jersey 07675
Telephone: 201-342-1212

*Counsel for Movants Greg Lindberg,
Global Growth Holdings, Inc., and
New England Capital, LLC*