Charles A. Gruen (CG5456)
**LAW OFFICES OF CHARLES A. GRUEN**
381 Broadway, Suite 300
Westwood, New Jersey 07675
(201) 342-1212

Aaron Z. Tobin (*pro hac vice)*
Jared T.S. Pace (*pro hac vice)*
J. Seth Moore (*pro hac vice*)
Colby Roberts (*pro hac vice*)
Abigail R.S. Campbell (*pro hac vice*)
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Tel.: 214-265.3800; Fax: 214-691-6311
atobin@condontobin.com
jpace@condontobin.com
smoore@condontobin.com
croberts@condontobin.com
acampbell@condontobin.com
*Counsel for Movants Greg Lindberg,*
*Global Growth Holdings, Inc., and*
*New England Capital, LLC*

.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re                                              :       Chapter 15
:
PB LIFE AND ANNUITY CO. LTD, et al,                :       Case No. 20-12791 (SCC)
:
Debtor in Foreign Proceeding.                      :       (Jointly Administered)
------------------------------------------------------------:

**AGENDA OF MATTERS SCHEDULED FOR**
**<u>HEARING ON JULY 20, 2022 AT 10:00 A.M.</u>**

**<u>Time and Date of Hearing:</u>**         July 20, 2022 at 10:00 a.m.
                                              **(Prevailing Eastern Time)**

1

**Location of Hearing:** Honorable Lisa G. Beckerman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. In light of COVID-19, the hearing will only be conducted telephonically. Parties wishing to participate must make arrangements through CourtSolutions LLC (www.court-solutions.com).

I. **MOTION FOR RELIEF FROM AUTOMATIC STAY**

**Documents in Support of Relief Sought:**

1) *Greg Lindberg, Global Growth Holdings, Inc., and New England Capital, LLC's Emergency Motion for Relief From Automatic Stay and the Court's Recognition Order at ECF 33* [ECF 294].

2) *Notice of Filing Omnibus Membership Interest Contribution Agreement* [ECF 300].

**Objections:**

1) *Opposition of Joint Provisional Liquidators to Emergency Motion for Relief from Automatic Stay and the Court's Recognition Order at ECF 33* [ECF 301].

2) *Universal Life Insurance Company's Opposition to Emergency Motion for Relief from Automatic Stay and the Court's Recognition Order at ECF 33* [ECF 302].

3) *Declaration of Clinton E. Cameron in Support of ULICO's Objection to Emergency Motion for Relief from Automatic Stay and the Court's Recognition Order at ECF 33* [ECF 304].

4) *Objection of Colorado Bankers Life Insurance Company, Bankers Life Insurance Company, Southland National Insurance Corporation and Southland National Reinsurance Corporation to Emergency Motion for Relief from Automatic Stay and the Court's Recognition Order at ECF 33* [ECF 303].

**Status:** Movants filed their Motion July 13, 2022. On July 13, 2022, the Court requested that Movants submit a copy of the documents for which they are seeking stay relief to

deposit with the North Carolina court by July 18, 2022. Movants filed such documents on July 18, 2022. This matter will be going forward.

## II.     HUTCHISON LAW FIRM TURNOVER

**Status:** On June 22, 2022, the Court ordered Hutchison to turn over to the JPLs certain communications concerning the Debtors or the joint representation of any person or entity with the Debtors. [ECF 289]. The Court further stated that if a jointly represented party contends that the turnover documents do not relate to the representation of any Debtor, they could object and request a conference before the Court. On July 11, 2022, after reviewing the turnover documents, the Lindberg Parties objected and requested such conference before the court via e-mail. By email on July 18, 2022, the Court advised that intends to discuss at the July 20th hearing the scheduling of another hearing regarding the Lindberg Parties' objections.

Dated: July 19, 2022
New York, New York

        Respectfully Submitted,

        **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

        */s/ Jared T.S. Pace*
        Aaron Z. Tobin (*pro hac vice*)
        Jared T.S. Pace (*pro hac vice*)
        J. Seth Moore (*pro hac vice*)
        Colby Roberts (*pro hac vice*)
        Abigail R.S. Campbell (*pro hac vice*)
        **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
        8080 Park Lane, Suite 700
        Dallas, Texas 75231
        Tel.: 214-265.3800
        Fax: 214-691-6311
        atobin@condontobin.com
        jpace@condontobin.com
        smoore@condontobin.com
        croberts@condontobin.com
        acampbell@condontobin.com

        and

Charles A. Gruen (CG5456)
cgruen@gruenlaw.com
**LAW OFFICES OF CHARLES A. GRUEN**
381 Broadway, Suite 300
Westwood, New Jersey 07675
Telephone: 201-342-1212

*Counsel for Movants Greg Lindberg,*
*Global Growth Holdings, Inc., and*
*New England Capital, LLC*

27761187v1 92132.127.02