STEVENS & LEE
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Nicholas F. Kajon
Eric M. Robinson
Constantine D. Pourakis

*Counsel for Petitioners Rachelle Frisby and*
*John Johnston, in their capacity as*
*Joint Provisional Liquidators and*
*Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

Constantine D. Pourakis hereby certifies that on October 20, 2022, true and correct copies of the following:

1. *Application for Order Authorizing Issuance of Subpoenas Directing Production of Documents and Attendance for Deposition Testimony to Sandi L. White Pursuant to 11 U.S.C. § 1521(a)(4) and Federal Rules of Bankruptcy Procedure 2004 and 9016*, with Exhibits A through N [ECF No. 369]; and

2. *Notice of Presentment of Proposed Order Authorizing Issuance of Subpoenas Directing Production of Documents and Attendance for Deposition Testimony to Sandi L. White. Pursuant to 11 U.S.C. § 1521(a)(4) and Federal Rules of Bankruptcy Procedure 2004 and 9016* [ECF No. 370]

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021, ECF No. 42.

SL1 1810394v1 114825.00001

were served on all parties in interest through the Court's CM/ECF system; and were served on all parties set forth on the attached service list by Federal Express Overnight Delivery and email, where indicated.

Dated: New York, New York
October 25, 2022

                              STEVENS & LEE

                              By:  */s/ Constantine D. Pourakis*
                                  Constantine D. Pourakis

*Counsel for the Petitioners Rachelle Frisby and John Johnston, in their capacity as Joint Provisional Liquidators and Foreign Representatives*

SL1 1810394v1 114825.00001

## SERVICE LIST

| | |
|---|---|
| Williams Mullen<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601<br>Attn:  Wes J. Camden, Esq.<br>wcamden@williamsmullen.com<br>*FedEx and Email* | Squire Patton Boggs (US) LLP<br>1211 Avenue of the Americas, 26th Floor<br>New York, NY 10036<br>212-407-0130<br>Attn:  Norman Kinel, Esq.<br>norman.kinel@squirepb.com<br>*FedEx and Email* |
| Edwards Mill Asset Management LLC<br>Attn: Registered Agent: HLG Agent LLC<br>701 Corporate Center Drive, Suite 250<br>Raleigh, NC 27607 | Everett Gaskins Hancock, LLP<br>The Historic Briggs Hardware Building<br>220 Fayetteville Street, Suite 300<br>Raleigh, NC 27601<br>Attn:  Michael J. Byrne, Esq<br>mjbyrne@eghlaw.com<br>*FedEx and Email* |
| Law Offices of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, New Jersey 07675<br>Attn:  Charles A. Gruen, Esq.<br>[cgruen@gruenlaw.com]<br>*FedEx and Email* | Condon Tobin Sladek Thornton Nerenberg PLLC<br>8080 Park Lane, Ste. 700<br>Dallas, TX 75231<br>Attn:<br>Jared Pace, Esq. [jpace@condontobin.com]<br>Aaron Z. Tobin, Esq. [atobin@condontobin.com]<br>*FedEx and Email* |
| Sandi L. White<br>6015 Karyns Dead End Road<br>Efland, NC 27243<br>swhite@mebtel.net<br>*FedEx and Email* | Universal Life Insurance Company<br>c/o Clyde & Co.<br>405 Lexington Ave.<br>New York, NY 10174<br>Attn:<br>Clinton Cameron, Esq.,<br>clinton.cameron@clydeco.us; and<br>*FedEx and Email* |

SL1 1810394v1 114825.00001