# **EXHIBIT A – DEBTOR INVESTMENT COUNTERPARTIES**

Northstar Claims Related to the Debtor Investment Counterparties

| COUNTERPARTY | Principal Plus Base Interest/Dividend | Principal Plus Base Dividend Plus Default Interest |
|---|---:|---:|
| AGERA HOLDINGS, LLC | $ 1,206,358 | $ 1,206,358 |
| AGH PARENT, LLC | $ 447,288 | $ 447,288 |
| ALTA BILLING, LLC | $ 1,271,648 | $ 1,573,425 |
| AR PURCHASING SOLUTIONS, LLC | $ 1,164,143 | $ 1,547,280 |
| ASL HOLDINGS, LLC, | $ 14,229,109 | $ 14,229,109 |
| ATLANTA TOPCO LIMITED | $ 3,629,333 | $ 3,629,333 |
| AUTOMOTIVE FLEET INVESTMENTS LIMITED | $ 7,905,591 | $ 7,905,591 |
| BALDWIN ASSET MANAGEMENT, LLC | $ 1,240,210 | $ 1,458,915 |
| BARRINGTON, LLC | $ 3,406,166 | $ 3,684,007 |
| BERLIN, LLC | $ 6,627,113 | $ 7,051,798 |
| CAPITAL ASSET MANAGEMENT III, LLC | $ 4,118,252 | $ 5,036,505 |
| CBV COLLECTION SERVICES LTD. | $ 2,866,409 | $ 3,979,649 |
| CHATSWORTH ASSET MANAGEMENT, LLC | $ 1,204,616 | $ 1,384,345 |
| CMC HOLDING COMPANY, LLC | $ 3,924,922 | $ 4,948,648 |
| CONWAY, LLC | $ 1,181,385 | $ 1,510,340 |
| DAISY SEVEN, LLC | $ 3,045,993 | $ 3,045,993 |
| DAMASCUS ASSET MANAGEMENT, LLC | $ 364,251 | $ 414,995 |
| EPHESUS ASSET MANAGEMENT, LLC, | $ 1,185,347 | $ 1,370,740 |
| GBIG CAPITAL, LLC | $ 38,196,088 | $ 42,262,039 |
| GOFFSTOWN, LLC | $ 2,060,964 | $ 2,610,516 |
| HANSEN AEROSPACE, LLC | $ 100,255 | $ 123,391 |
| HPCSP INVESTMENTS, LLC | $ 13,811,813 | $ 17,531,480 |
| IMW EMR, LLC | $ 3,953,876 | $ 4,969,506 |
| INTRALAN INVESTMENTS LIMITED | $ 1,310,134 | $ 1,632,266 |
| ITECH FUNDING, LLC | $ 16,702,647 | $ 16,901,022 |
| JAFFREY, LLC | $ 2,384,839 | $ 2,982,239 |
| KONNECT NET HOLDINGS, LLC | $ 1,059,051 | $ 1,059,051 |
| LMG HOLDINGS, LLC | $ 2,572,682 | $ 3,296,376 |
| MARVAL INVESTMENTS LIMITED | $ 4,046,380 | $ 5,053,682 |
| MRX HOLDINGS, LLC | $ 1,756,413 | $ 2,181,644 |
| NIH CAPITAL, LLC | $ 2,443,081 | $ 2,986,161 |
| PBX BERMUDA HOLDINGS, LTD. | $ 9,501,339 | $ 10,759,133 |
| STANDARD FINANCIAL LIMITED | $ 1,444,624 | $ 1,759,140 |
| STANDARD MALTA HOLDINGS LIMITED | $ 2,357,236 | $ 2,883,570 |
| SUMMERVILLE ASSET MANAGEMENT, LLC | $ 239,918 | $ 293,096 |
| TRITON FINANCIAL LIMITED | $ 31,934,251 | $ 31,934,251 |
| UKAT INTERCO LIMITED | $ 27,865,911 | $ 27,865,911 |
| YARROW THREE, LLC | $ 7,891,471 | $ 9,213,717 |
| | $ 230,651,106 | $ 252,722,510 |

1

PBLA Claims Related to the Debtor Investment Counterparties

| COUNTERPARTY | Principal Plus Base Interest/Dividend | Principal Plus Base Dividend Plus Default Interest |
|---|---|---|
| ACADEMY FINANCIAL ASSETS, LLC | $ 112,730,612 | $ 119,441,657 |
| AGH PARENT, LLC | $ 883,804 | $ 883,804 |
| CAPITAL ASSET FUND I, LLC | $ 35,450,131 | $ 35,450,131 |
| CAPITAL ASSET MANAGEMENT II, LLC | $ 14,790,380 | $ 14,790,380 |
| FLAGSHIP HOLDINGS, LLC | $ 18,909,589 | $ 18,909,589 |
| GBIG CAPITAL, LLC | $ 141,515,819 | $ 171,713,653 |
| SATORI WATERS, LLC | $ 4,859,395 | $ 4,859,395 |
| YARROW THREE, LLC | $ 2,745,276 | $ 3,205,258 |
| | $ 331,885,006 | $ 369,253,867 |

PBIHL Claims Related to the Debtor Investment Counterparties

| COUNTERPARTY | Principal Plus Base Interest/Dividend | Principal Plus Base Dividend Plus Default Interest |
|---|---|---|
| AGERA HOLDINGS, LLC | $ 3,764,033 | $ 3,764,033 |
| AGH PARENT, LLC | $ 12,635,819 | $ 12,635,819 |
| FLAGSHIP HOLDINGS, LLC | $ 39,658,637 | $ 39,658,637 |
| GBIG CAPITAL, LLC | $ 1,227,217 | $ 1,496,082 |
| | $ 57,285,707 | $ 57,554,571 |

OMNIA Claims Related to the Debtor Investment Counterparties

| COUNTERPARTY | Principal Plus Base Interest/Dividend | Principal Plus Base Dividend Plus Default Interest |
|---|---|---|
| AGH PARENT, LLC | $ 50,322,280 | $ 52,493,963 |
| FLAGSHIP HOLDINGS, LLC | $ 121,095 | $ 121,095 |
| GBIG CAPITAL, LLC | $ 220,899 | $ 269,295 |
| MBW INTERCO, LLC | $ 628,019 | $ 628,019 |
| YARROW THREE, LLC | $ 2,337,299 | $ 2,728,923 |
| | $ 53,629,592 | $ 56,241,294 |
| **GRAND TOTAL** | **$ 673,451,411** | **$ 735,772,242** |