## SCHEDULE I – SPECIFIED AFFILIATED COMPANIES

Clanwilliam Headquarters Limited
Clanwilliam Investments Ireland Limited
Analytical Medical Insight Limited
Claimsure Slainte (Ireland) Limited
Clanwilliam Health (Socrates) Limited
Epic Care Home Technologies Limited
Epic Solutions Limited
HH Spiral Holdings Limited
Helix Health Group Limited
Clanwilliam Health Limited
Clanwilliam Ventures Limited
Clanwilliam Investments (U.K.) Limited
A.C.J. Computer Services Limited
Bluespier International Limited
Clanwilliam Health (DGL) Limited
Clanwilliam Health (Rx Web) Limited
Dictate IT Limited
British Orient Infotel Private Limited
Informatica Systems Limited
Maxwell Stanley Consulting Investments Limited
Maxwell Stanley Consulting Limited
Obsidian Healthcare Group Limited
Connect2 CME Limited
Elements Communications Limited
Connect 2 Medical Communications Limited
PharmaSys Investments Limited
PharmaSys Limited
Professional Medical Management Services Limited
MBS Investments PTY. LTD.
Medical Business Systems PTY LTD
Clanwilliam NZ Limited
HealthLink Group Limited
Healthlink Group PTY Limited
Healthlink Research Limited
Konnect Net Limited
Toniq Limited
Notochord Limited
UK Atlanta Holdings, LLC
Atlanta TopCo Limited
Atlanta MidCo Limited
Atlanta BidCo Limited
Damoco Holdco Limited
Damoco Midco Limited
Damoco Bidco Limited
Damovo Belgium NV/SA

1

Damovo Costa Rica SRL
Damovo Deutschland GmbH & Co. KG
Damovo Holdings Deutschland GmbH
Damovo Deutschland Verwaltungs GmbH
Damovo Global Services (UK) Limited
Netfarmers GmbH
Damovo Ireland Limited
Damovo Luxembourg S.a.r.l.
Damovo Österreich GmbH
Damova Polska sp. Zo.o
Damovo Schweiz AG
Voice & Data Network AG
Damovo USA, Inc.
CBV Collection Services Ltd.
CV Holdings, LLC
CV Investments, LLC
Claris Vision Holdings, LLC
Claris Vision LLC
Candescent Eye Health Surgicenter LLC
Candescent Eye Surgicenter LLC
Patriot Group Holdings, LLC
Boston Laser-Eye & Lasik Specialists Holdings, LLC
Boston Laser Holdings, LLC
Boston Laser Eye Care Management, LLC
Eye & LASIK Holdings, LLC
Eye & LASIK Eye Care Management, LLC
Eye & LASIK Optical, LLC
MBW Holdco, LLC
MBW Interco, LLC
McCarthy, Burgess & Wolff, Inc.
Prairie E&L Holdings, LLC
Prairie E&L Management, LLC
Client Services Holdings, LLC
CSI Interco LLC
Client Services, Inc.
Client Services CSICR, SRL
3BL Holdings, LLC
3BL Media, LLC
Dunstans Publishing Limited
The Corporate Responsibility Board, LLC
AT Denmark Investments ApS
GamesPro Global Group ApS
Arcane Tinmen ApS
AT Private Labels APS
Fafnir Distribution ApS
MDO Group Holdings, LLC

2

MD OFFICE, LLC
MNI Holdings, LLC
Insight Software LLC
SP HoldCo, LLC
Stratford HoldCo, LLC
Stratford Pharmaceuticals, LLC
MDX, LLC
Medflow Holdings LLC
TAC Holdings, LLC
TAC Home Mortgage, LLC
TAC Investments LLC
GoPrime Mortgage, Inc.
The River Source Solution Holdings Company, LLC
The River Source Solutions, LLC
The River Source Treatment Center – Casa Grande LLC
Addiction Recovery Helpline LLC
Drummond Group, LLC
Integrity EMR Holdings, LLC
Integrity EMR, LLC
Marval Investments Limited
Marval Group Limited
Marval Software Limited
MRX Holdings, LLC
The HOEHNE Group – Software Division, LLC
ARA Group Holdings, LLC
A/R Allegiance Group, LLC
CMC Holding Company, LLC
Collections Management Holdings, LLC
Collection Management Company
ASiM Holdings, LLC
ASIM CE, LLC
eRADIMAGING, LLC
IMW Holdings, LLC
IMW EMR, LLC
iMedicWare Inc.
Northeast LMG Holdings, LLC
LMG Holdings, LLC
Delmar Center Holdings, LLC
Delmar Surgical Center, LLC
LMG Management Holdings, LLC
LMG Management, LLC
GHTG Investment, LLC
EGX Holdings, LLC
Eye Care Leaders Portfolio Holdings, LLC
Eye Care Leaders Holdings, LLC
Alcohol & Data Holdings, LLC

Fiasco Fine Wine, LLC
ECL Holdings, LLC
ECL Group, LLC
Alta Billing Holdings, LLC
Alta Billing, LLC
PI Software Holdings, LLC
PI Software, LLC
Global TIC CE, LLC
Pharma Database, LLC
Media Product Services, LLC
Transcontinental Holdings, LLC
Trans-Continental Credit & Collection Corp
Global Health Technology Group, LLC
ASL Holdings, LLC
Prolimiate Solutions Holdings, LLC
Prolimiate Solutions, LLC
AR Purchasing Solutions 2, LLC
GCC Interco, LLC
AFFGLO Holding Inc.
Agence de Recouvrement Global Inc.
Global Credit and Collections Inc.
GCC Holdings US, LLC
Global Credit & Collection Corporation
Global Credit & Collection (Indiana) Corporation
WWS Holdings, LLC
WW Staffing, LLC
BKX Holdings, LLC
Beckett Collectibles Holdings, LLC
Beckett Collectibles, LLC
Beckett Authentication Services, LLC
Beckett Business Solutions, LLC
Beckett Coin & Rock, LLC
Beckett Conferences, LLC
Creative Collectible Company, LLC
Non Sport Update Holdings, LLC
Non Sport Update, LLC
AR Purchasing Solutions, LLC
Fortrex Holdings, LLC
Fortrex, LLC
MedClaims Holdings, LLC
Med Claims International, LLC
EG Media Holdings, LLC
EG Media Investments, LLC
PMX, LLC
Penn Medical Informatics Systems, LLC
IOPW Holdings, LLC

IO Practiceware Inc.
CBCS Holdings, LLC
CBCS Operations, LLC
Engaged Media Holdings, LLC
Engaged Media, LLC
Beckett Auction Holdings, LLC
Beckett Auctions, LLC
KeyMed Holdings, LLC
KeyMed, LLC
CCM Holdings, LLC
CCM Investments, LLC
Inkop, LLC
Castle & Cooke Mortgage LLC
Triton Financial Limited
American Healthcare Alliance Limited
Clanwilliam Software Limited
Health Ireland Partners Limited
Helix Health Software Limited
Medicom Medical Computer Solutions Limited
PMMS Investments Limited
Socrates Healthcare Inc.
Vision Care Services Holdings, LLC
Vision Care Services, LLC
PCF Holdings, LLC
PCF, LLC
Eli Global, LLC
Autonomy Holdings, LLC
Autonomy Investments, LLC
Home Medical Equipment Specialists, LLC
HPCSP Holdings, LLC
HPCSP Investments, LLC
Hemophilia Preferred Care of Memphis, Inc.
Hemophilia Preferred Care of Mississippi, Inc.
Hemophilia Preferred Care of Oklahoma, Inc.
HPC Biologicals, Inc.
HPC, LLC
HPCNC, Inc.
HPC Specialty Rx of Kansas, Inc.
HPC Specialty Rx Reed, Inc,
HPC Specialty Rx West Virginia, Inc.
UK Intralan Investments, LLC
Intralan Investments Limited
GMK Pepper Holdings Limited
NEBB Holdings, LLC
ISBA-International Society of Business Appraisers, LLC
NEBB Institute, LLC

5

CAPLOC HOLDINGS, LLC
CAPLOC, LLC
CLTC Holdings, LLC
Certification for Long-Term Care, LLC
Dental Management Holdings, LLC
Dental Management Operations, LLC
FIA Holdings, LLC
Financial Institute Advisors, LLC
MedAttend, LLC
Tier 1 Lending Holdings, LLC
Tier 1 Lending, LLC
VRC Holdings, LLC
VR Collections, LLC
Van Ru Credit Corporation
Van Ru International, Inc.
WesternB Holdings, LLC
WesternB Investments, LLC
Western Bancorp, Inc.
GBC Holdings, LLC
GB Capital, LLC
GBC Advisors, LLC
Sedwick, LLC
Standard Advisory Services Limited
Standard Malta Holdings Limited
Standard Investment Holdings Ltd.
Standard Investment Capital Ltd.
Standard Life Holdings Limited
Standard Life Limited
Standard Malta Limited
Sirius Capital Holdings Limited
SN Malta Services Limited
Standard Holdings Limited
Wilmington Holdings Limited
Standard Financial Limited
ELI BPO INDIA PRIVATE LIMITED
GBIG Business Solutions Private Limited
Eli Revenue Cycle Solutions Private Limited
Eli Shared Services Private Limited
DJRTC, LLC
Medflow, Inc,
AAM Holdings, LLC
Andover Asset Management, LLC
AAM Holdings I, LLC
Augusta Asset Management, LLC
BAM Holdings I, LLC
Baldwin Asset Management, LLC

6

CAM Holdings I, LLC
Chatsworth Asset Management, LLC
DAM Holdings I, LLC
Damascus Asset Management, LLC
EAM Holdings I, LLC
Ephesus Asset Management, LLC
FPAM Holdings I, LLC
Forest Park Asset Management, LLC
GAM Holdings I, LLC
Gilford Asset Management, LLC
HAM Holdings I, LLC
Hampton Asset Management, LLC
ICAM Holdings I, LLC
Iron City Asset Management, LLC
JAM Holdings I, LLC
Jackson Asset Management, LLC
KITE Holdings I, LLC
Kite Asset Management, LLC
LAM Holdings I, LLC
Lilly Asset Management, LLC
MAM Holdings I, LLC
Marshall Asset Management, LLC
NAM Holdings I, Inc.
Nice Asset Management, Inc.
OAM Holdings I, Inc.
Oatman Asset Management, Inc.
PAM Holdings I, LLC
Paradise Asset Management, LLC
QAM Holdings I, Inc.
Queenstown Asset Management, Inc.
Rock Holdings I, LLC
Rockdale Asset Management, LLC
SAM Holdings I, LLC
Summerville Asset Management, LLC
TIAM Holdings I, LLC
Tybee Island Asset Management, LLC
UAM Holdings I, Inc.
Utopia Asset Management, Inc.
VAM Holdings I, Inc.
Ventura Asset Management, Inc.
WACO Holdings I, Inc.
Waco Asset Management, Inc.
ZAM Holdings I, Inc.
Zion Asset Management, Inc.
iTech Funding, LLC
Capital Assets Management II, LLC

Capital Assets Management III, LLC
Parallel Capital Assets, LLC
CAF Holdings, LLC
Capital Assets Fund I, LLC
CAF II Holdings, LLC
Capital Assets Fund II, LLC
CAF III Holdings, LLC
Capital Assets Fund III, LLC
CAF IV Holdings, LLC
Capital Assets Fund IV, LLC
CAF V Holdings, LLC
Capital Assets Fund V, LLC
NHA Holdings, LLC
New Hill Asset Management, LLC
Secured Loan-Backed Funding I, LLC
Secured Loan-Backed Funding II, LLC
Secured Loan-Backed Funding III, LLC
Secured Loan-Backed Funding IV, LLC
Secured Loan-Backed Funding V, LLC
Secured Loan-Backed Funding VI, LLC
Secured Loan-Backed Funding VII, LLC
Secured Loan-Backed Funding VIII, LLC
Secured Loan-Backed Funding IX, LLC
Secured Loan-Backed Funding X, LLC
Secured Loan-Backed Funding XI, LLC
Secured Loan-Backed Funding XII, LLC
Secured Loan-Backed Funding XIII, LLC
Secured Loan-Backed Funding XIV, LLC
Secured Loan-Backed Funding XV, LLC
Secured Loan-Backed Funding XVI, LLC
Secured Loan-Backed Funding XVII, LLC
Alstead, LLC
Amherst, LLC
Atkinson, LLC
Barnstead, LLC
Barrington, LLC
Berlin, LLC
Bow, LLC
Canaan, LLC
Claremont, LLC
Conway, LLC
Deering, LLC
Derry, LLC
Dunbarton, LLC
Durham, LLC
Effingham, LLC

Epping, LLC
Farmington, LLC
Franconia, LLC
Gilford, LLC
Goffstown, LLC
Goshen, LLC
Hampstead, LLC
Henniker, LLC
Hooksett, LLC
Hopkinton, LLC
Jaffrey, LLC
Laconia, LLC
Littleton, LLC
Londonderry, LLC
Loudon, LLC
Madbury, LLC
Meredith, LLC
Merrimack, LLC
Nashua, LLC
New Ipswich, LLC
Plaistow, LLC
Raymond, LLC
Rindge, LLC
Rumney, LLC
Sandown, LLC
Somersworth, LLC
Stoddard, LLC
Stratham, LLC
Swanzey, LLC
Weare, LLC
Wolfeboro, LLC
Anaconda, LLC
Athens, LLC
Augusta, LLC
Berkeley Lake, LLC
Cobra, LLC
Columbus, LLC
Macon, LLC
Shirt, LLC
Tornado, LLC
Valdosta, LLC
Ahoskie, LLC
Asheboro, LLC
Casar, LLC
Clayton, LLC
Cowper, LLC

9

Creston, LLC
Faison, LLC
Fayetteville, LLC
Greenville, LLC
Holt, LLC
Iredell, LLC
Jacksonville, LLC
Kenly, LLC
Louisburg, LLC
Morresville, LLC
Norlina, LLC
Whitaker Mill, LLC
Williamson, LLC
AAH Loan-Backed Funding, LLC
BCC Junior Loan-Backed Funding, LLC
BCC Senior Loan-Backed Funding, LLC
BKT Loan-Backed Funding, LLC
CLTC Junior Loan-Backed Funding, LLC
CLTC Senior Loan-Backed Funding, LLC
CMC Loan-Backed Funding, LLC
SFM Loan-Backed Funding, LLC
TCC Junior Loan-Backed Funding, LLC
TCC Senior Loan-Backed Funding, LLC
TCI Loan-Backed Funding, LLC
ELP Holdings, LLC
SCMA, LLC
Career Health, LLC
Healthcare Jobs, LLC
Compliance Services, LLC
DGX Holdings, LLC
WC Holdings, LLC
Web Courseworks, LLC
Elevate Portfolio, LLC
Enterprises Services, LLC
Entrust Global Group, LLC
HRWeb Holdings, LLC
HRWeb Software, LLC
Southern Hobby Holdings, LLC
Southern Hobby Distribution, LLC
ARREVIO, LLC
Atlas Global Holdings, LLC
Atlas Global, LLC
FTGU Holdings, LLC
FTGU Medical Billing, LLC
Century Vision Global, LLC
Global Vision Growth, LLC

10

NWES Holdings, LLC
NW Eye Surgeons Holdings, LLC
NW Eye Care Management, LLC
R&A Eye Holdings, LLC
Reynolds & Anliker Holdings, LLC
R&A Eye Management, LLC
Pelton Holdings, LLC
Pelton Group, LLC
RHS Holdings, LLC
Revenue Health Solutions, LLC
Eli Research India Private Limited
Eli Knowledge Services (India) Private Limited
Nationwide Recovery Holdings, LLC
Nationwide Recovery Systems, Ltd.
Harvard Collect, LLC
Harvard Collection Services, LLC
4839 N. Elston LLC
The American Council, Inc.
CWNP, LLC
The American Council on English Language Program Ce
Canta Health, LLC
Lares Holdings, LLC
Lares, LLC
ComplySmart Holdings, LLC
ComplySmart, LLC
Academy Financial Holdings, LLC
Academy Financial Assets, LLC
Certitrek Group, LLC
Flagship Holdings, LLC
GC Holdings, LLC
Greenfield Capital, LLC
NEC Holdings, LLC
New England Capital, LLC
Eli Research, LLC
Finanzen Holdings, LLC
Mercato Leadmanagement Investments Holdings GmbH
BlackFin Finanzen SAS
finanzen.de Vermittlungsgesellscaft fÜr Verbrauchervertr
2B4A Sàrl
2media GmbH
Demand Side Media, Ltd.
Finanzen.de Maklerservice GmbH
Finanzen France SAS
K2B Sàrl
toconnect GmbH
E-finity Leads Ltd.

AGT Media Ltd.
Medical Physics, LLC
NPC National Physics Consultants, LLC
OMPC, LLC
RPI Radiological Physics, LLC
ZapIT Medical Physics, LLC

01/02/2023 SL1 1819839v1 114825.00001