# SCHEDULE II – MOU AFFECTED PARTIES

286 Spring PH Holdings Corp.
2B4A Sàrl
2media GmbH
3BL Holdings, LLC
3BL Media, LLC
4839 N. Elston LLC
A.C.J, Computer Services Limited
A/R Allegiance Group LLC
AAH Loan-Backed Funding, LLC
AAPC Holdings, LLC
AAPC Investments, LLC
Academy Association, Inc. n/k/a Global Growth Holdings, Inc.
Academy Financial Assets, LLC
Academy Financial Holdings, LLC
Acquired Development, LLC
Addiction Recovery Helpline, LLC
Advantage Capital Investments, LLC
AFFGLO Holding Inc.
AFP, LLC
Agence de Recouvrement Global Inc.
Agera Energy LLC
Agera Holdings, LLC
AGH Parent LLC
AGT Media Ltd.
AGX Holdings, LLC
Ahoskie, LLC
Alcohol & Data Holdings, LLC
Alpharetta LLC
Alpine Capital, LLC
Alstead, LLC
Alta Billing Holdings, LLC
Alta Billing, LLC
America Free Press, LLC
American Academy Holdings Ltd.
American Academy Holdings, LLC
American Academy of Professional Coders Chapter Association
American Funeral and Cremation Plans, LLC
American Healthcare Alliance Limited
American Yacht Charters, LLC
Amherst, LLC
Anaconda, LLC
Analytical Medical Insight Limited
Andover Asset Management, LLC
APAC Holdco, LLC

1

Apache Junction, LLC
Apex International, LLC
Apio Local, LLC
AR Purchasing Solutions 2, LLC
AR Purchasing Solutions, LLC
ARA Group Holdings, LLC
Arcane Tinmen ApS t/a AT Private Labels APS
ARREVIO Holdings, LLC
ARREVIO, LLC
Ascendent D4K Holdings, LLC
Ascendent Dental Management D4K, LLC
Asheboro, LLC
ASIM CE, LLC
ASiM Holdings, LLC
ASL Holdings, LLC
ASL New Holdings, LLC
Assistive Partner Investments Limited
AT Denmark Investments ApS
Athens, LLC
Atkinson, LLC
Atlanta BidCo Limited
Atlanta MidCo Limited
Atlanta TopCo Limited
Atlas Global Holdings, LLC
Atlas Global, LLC
AudioEducator, LLC
AudioSolutionz, LLC
Audit Services Group, LLC
Augusta Asset Management, LLC
Augusta, LLC
Automotive Fleet Investments Limited
Autonomy Healthcare Management, LLC
Autonomy Holdings, LLC
Autonomy Investments, LLC
Baldwin Asset Management, LLC
BAM Holdings I, LLC
Bankers Insurance Holdings S.A.
Bankers Life Insurance Company
Bankers Reinsurance Company Ltd.
Barnstead, LLC
Barrington, LLC
BBLN-Agera Corp.
BCC Holdings, LLC
BCC Junior Loan-Backed Funding, LLC
BCC Research, LLC
BCC Senior Loan-Backed Funding, LLC

2

Beaufort Holdings S.A.
Beckett Auction Holdings, LLC
Beckett Auctions, LLC
Beckett Authentication Services, LLC
Beckett Business Solutions, LLC
Beckett Coin & Rock, LLC
Beckett Collectibles Holdings, LLC
Beckett Collectibles, LLC
Beckett Conferences, LLC
Beckett Media, LLC
Begonia Eight LLC
Benson, LLC
Berkeley Lake, LLC
Berlin, LLC
BHLN-286 Spring Corp,
BHLN-Agera Corp,
Bidworld Private Limited
Bisbee, LLC
BKT Loan-Backed Funding, LLC
BKX Holdings, LLC
BlackFin Finanzen SAS
BLH Capital LLC
Blue Daffodil LLC
Blue Skies Addiction Centre Ltd.
Blue Violet, LLC
Bluespier International Limited
BMX Bermuda Holdings, Ltd.
BMX Holdings, LLC
BOLN-286 Spring Corp.
BOLN-Agera Corp.
Boston Laser Eye Care Management, LLC
Boston Laser Holdings, LLC
Boston Laser-Eye & Lasik Specialists
Bow, LLC
BRC Capital, LLC
BRC Holding LLC
BRC Holdings, Inc.
BRCB (Barbados) Capital, Ltd.
BRCB (Barbados) Holdings, Ltd.
British Orient Infotel Private Limited
Bullhead City, LLC
CAF Holdings, LLC
CAF II Holdings, LLC
CAF III Holdings, LLC
CAF IV Holdings, LLC
CAF V Holdings, LLC

01/02/2023 SL1 1819903v1 114825.00001

CAM Holdings I, LLC
Camp Verde, LLC
Canaan, LLC
Candescent Eye Health Surgicenter LLC
Candescent Eye Surgicenter LLC
Canta Health, LLC
Capital Assets Fund I, LLC
Capital Assets Fund II, LLC
Capital Assets Fund III, LLC
Capital Assets Fund IV, LLC
Capital Assets Fund V, LLC
Capital Assets Management II, LLC
Capital Assets Management III, LLC
Capital Lending Partners, Inc.
CAPLOC HOLDINGS, LLC
CAPLOC, LLC
Capstone Preneed Funeral and Burial Association
Care Referrals Limited
Career Health, LLC
Carnation Three LLC
Carolina Eye Center
Carolina Longevity Institute, LLC
Casar, LLC
Castle & Cooke Mortgage LLC
Cato Holdings, Inc.
Cave Creek, LLC
CBCS Holdings, LLC
CBCS Operations, LLC
CBS Group Holdings, LLC
CBS Group Services, LLC
CBV Collection Services Ltd.
CBV Collections Limited
CCM Holdings, LLC
CCM Investments, LLC
CEIC Capital, LLC
CEIC Holdings, Inc.
Century Vision Global, LLC
Certification for Long-Term Care LLC (CLTC)
Certitrek Group, LLC
Chatsworth Asset Management, LLC
Chrysanthemum Two LLC
Claimsure Slainte (Ireland) Limited
Clanwilliam Headquarters Limited
Clanwilliam Health (DGL) Limited
Clanwilliam Health (Rx Web) Limited
Clanwilliam Health (Socrates) Limited

Clanwilliam Health Limited
Clanwilliam Investments (UK) Limited
Clanwilliam Investments Ireland Limited
Clanwilliam NZ Limited
Clanwilliam Software Limited
Clanwilliam Ventures Limited
Claremont, LLC
Claris Vision Holdings, LLC
Claris Vision LLC
Clayton, LLC
Client Services CSICR, SRL
Client Services Holdings, LLC
Client Services, Inc.
CLTC Holdings, LLC
CLTC Junior Loan-Backed Funding, LLC
CLTC Senior Loan-Backed Funding, LLC
CCM Holdings, LLC
CMC Holding Company, LLC
CMC Loan-Backed Funding, LLC
Cobra, LLC
Coding Institute, LLC
Collection Management Company
Collections Management Holdings, LLC
Colorado Bankers Life Insurance Company
Columbus, LLC
Compliance Services Ltd.
Compliance Services, LLC
ComplySmart Holdings, LLC
ComplySmart, LLC
Connect2 Medical Communications Limited
Connect2 CME Limited
Conservatrix Leven, NV
Conway, LLC
Cowper, LLC
Creative Collectible Company, LLC
Creston, LLC
CRI Holdings, LLC
CSI Interco, LLC
CV Equipment Leasing, LLC
CV Holdings, LLC
CV Investments, LLC
CVE Holdings, LLC
CWNP, LLC
Daisy Seven LLC
DAM Holdings I, LLC
Damascus Asset Management, LLC

5

Damoco Bidco Limited
Damoco Holdco Limited
Damoco Midco Limited
Damova Polska sp. Zo.o
Damovo Belgium NV/SA
Damovo Costa Rica SRL
Damovo Deutschland GmbH & Co. KG
Damovo Deutschland Verwaltungs GmbH
Damovo Global Services (UK) Limited
Damovo Holdings Deutschland GmbH
Damovo Ireland Limited
Damovo Luxembourg S.a,r.l.
Damovo Osterreich GmbH
Damovo Schweiz AG
Damovo USA, Inc.
Deering, LLC
Delmar Center Holdings, LLC
Delmar Surgical Center, LLC
Demand Side Media, Ltd.
Dental Management Holdings, LLC
Dental Management Operations, LLC
Derry, LLC
DGX Holdings, LLC
Dictate IT Limited
Diversified Terra Holdings, Ltd.
DJRTC, LLC
Drummond Group, LLC
DSE Holdings, LLC
DTH Holdings Ltd.
Dunbarton, LLC
Dunhill Holdings, LLC
Dunstans Publishing Limited
Durham, LLC
EAM Holdings I, LLC
East Hill Holdings, LLC
ECL Group, LLC
ECL Holdings, LLC
Effingham, LLC
E-finity Leads Ltd.
EG Media Holdings, LLC
EG Media Investments, LLC
EGX Holdings, LLC
Eiffel Holdings, LLC
Elements Communications Limited
Elevate Healthcare, Inc.
Elevate Portfolio, LLC

6

ELI BPO INDIA PRIVATE LIMITED
Eli Denmark Investments, LLC
Eli Deutschland GmbH
Eli Equity, LLC
Eli Germany Holdings, LLC
Eli Global Asia Pacific Limited
Eli Global Philippines Resources Operations Center, Inc.
Eli Global, LLC
Eli Health Solutions Pvt. Ltd.
Eli Knowledge Services (India) Private Limited
Eli New Media, LLC
Eli Research India Private Limited
Eli Research, LLC
Eli Revenue Cycle Solutions Private Limited
Eli Shared Services Private Limited
Eli Ventures, LLC
ELP Holdings, LLC
ELT Groupe
ENG Holdings, LLC
Engaged Media Holdings, LLC
Engaged Media, LLC
Engagement Group, LLC
Englert Holdings, LLC
Enterprises Services, LLC
Entrust Global Group, LLC
ENX, LLC
Ephesus Asset Management, LLC
Epic Care Home Technologies Limited
Epic Solutions Limited
Epping, LLC
eRADIMAGING LLC
Erie Properties, LLC
ERX Holdings, LLC
Eye & LASIK Eye Care Management, LLC
Eye & LASIK Holdings, LLC
Eye & LASIK Optical, LLC
Eye Care Leaders Holdings, LLC
Eye Care Leaders Portfolio Holdings, LLC
Fafnir Distribution ApS
Faison, LLC
Farmington, LLC
Farrington Mill Holdings, LLC
Fayetteville, LLC
FIA Holdings, LLC
Fiasco Fine Wine, LLC
Financial Institute Advisors, LLC

Finanzen France SAS
Finanzen Holdings, LLC
finanzen.de Vermittlungsgesellscaft tor Verbrauchervertr
Finanzerde Maklerservice GmbH
First International Financial, Inc.
Flagship Holdings, LLC
Fleet Assist Interco Limited
Fleet Assist Limited
Flowery Branch LLC
Firstmark, LLC
FMX Holdings, LLC
Forest Park Asset Management, LLC
Forsyth LLC
Fortrex Holdings, LLC
Fortrex Technologies Holdings, LLC
Fortrex, LLC
Foxford Investments Limited
FPAM Holdings I, LLC
Franconia, LLC
PPF OFF 151 North Franklin Street, LLC
FS Windup, LLC
FTGU Holdings, LLC
FTGU Medical Billing, LLC
Futuresource Consulting Limited
Futuresource Holdings Limited
GAM Holdings I, LLC
GamesPro Global Group ApS
GB Capital, LLC
GB Life Luxembourg S.A.
GB UK Investments, LLC
GB Venture Fund, LLC
GBC Advisors, LLC
GBC Holdings, LLC
GBI Group, LLC
GBIG Business Solutions Private Limited
GBIG Capital, LLC
GBIG Holdings, Inc.
GBIG Portugal, S.A.
GBVF Holdings, LLC
GC Holdings, LLC
GCC Holdings US, LLC
GCC Holdings, LLC
GCC Interco, LLC
Geranium Two LLC
GHTG Investment, LLC
Gilford Asset Management, LLC

8

Gilford, LLC
Global A&D Holdings, LLC
Global Bankers Insurance Group, LLC
Global Credit & Collection (Indiana)
Global Credit & Collection Corporation
Global Credit and Collections Inc.
Global Data Insights Limited
Global ETC, LLC
Global Health Technology Group, LLC
Global Mortgage Capital Holdings, LLC
Global Mortgage Capital, Inc.
Global Operations Services, LLC
Global TIC CE, LLC
Global Vision Growth, LLC
GMK Pepper Holdings Limited
Goffstown, LLC
GoPrime Mortgage, Inc.
Goshen, LLC
GP Management, LLC
Greenfield Capital, LLC
Greenville, LLC
GSRE 27, LLC
GSRE 29, LLC
GTIC Holdings, LLC
GTIC&A, LLC
HA Windup 1, LLC
HAM Holdings I, LLC
Hampstead, LLC
Hampton Asset Management, LLC
Hansen Aerospace LLC
Harvard Collect, LLC
Harvard Collection Services, LLC
Health Audio, LLC
Health Ireland Partners Limited
Health Through Information
Healthcare Jobs, LLC
Healthicity, LLC
HealthLink Group Investments Limited
HealthLink Group Limited
Healthlink Group Pty Limited
Healthlink Holdings, LLC
HealthLink Investments, LLC
Healthlink Research Limited
Helix Health Group Limited
Helix Health Software Limited
Hemophilia Preferred Care of Memphis, Inc.

9

Hemophilia Preferred Care of Mississippi, Inc.
Hemophilia Preferred Care of Oklahoma, Inc.
Henniker, LLC
HH Spiral Holdings Limited
Holt, LLC
Home Medical Equipment Specialists, LLC
Hooksett, LLC
Hopkinton, LLC
Horizon Holdings I, LLC
HPC Biologicals, Inc.
HPC Specialty Rx of Kansas, Inc.
HPC Specialty Rx Reed, Inc.
HPC Specialty Rx West Virginia, Inc.
HPC, LLC
HPCNC, Inc.
HPCSP Holdings, LLC
HPCSP Investments, LLC
HRWeb Holdings, LLC
HRWeb Software, LLC
Hybrid Treatment Solutions, LLC
ICAM Holdings I, LLC
iMedicWare Inc.
IMW EMR, LLC
IMW Holdings, LLC
Independent Contractor Services, LLC
Informatica Investments Limited
Informatica Systems Limited
Inhealthcare, LLC
Inkop, LLC
Insight Software, LLC
Integrity EMR Holdings, LLC
Integrity EMR, LLC
Intralan Investments Limited
IOPW Holdings, LLC
Iredell, LLC
Iron City Asset Management, LLC
ISBA-International Society of Business
iTech Funding, LLC
Jackson Asset Management, LLC
Jacksonville, LLC
Jaffrey, LLC
JAM Holdings I, LLC
K2B Sàrl
Kenly, LLC
KeyMed Holdings, LLC
KeyMed, LLC

10

Kite Asset Management, LLC
KITE Holdings I, LLC
Konnect Net Holdings, LLC
Konnect Net Investments Limited
Konnect Net Limited
Laconia, LLC
LAM Holdings I, LLC
Lares Holdings, LLC
Lares, LLC
Liberty House Clinic Limited
Lilly Asset Management, LLC
Limitless Research Inc.
Littleton, LLC
LMG Holdings, LLC
LMG Management Holdings, LLC
LMG Management, LLC
Londonderry, LLC
Loudon, LLC
Louisburg, LLC
Macon, LLC
Madbury, LLC
MAM Holdings I, LLC
Market Tech Media Corporation
Marshall Asset Management, LLC
Marval Group Limited
Marval Investments Limited
Marval Software Limited
Marvel Investments Limited
Master Procure, LLC
Maxwell Stanley Consulting Investments Limited
Maxwell Stanley Consulting Limited
MBS Investments PTY. LTD.
MBW Holdco, LLC
MBW Interco, LLC
McCarthy, Burgess & Wolff, Inc.
McKinley Ventures Group, LLC
MD OFFICE, LLC
MDO Group Holdings, LLC
MDX, LLC
Med Claims International, LLC
MedAttend, LLC
MedClaims Holdings, LLC
Medflow Holdings, LLC
Medflow, Inc.
Media Product Services, LLC
Medical Business Systems PTY LTD

Medical Physics, LLC
Medicom Medical Computer Solutions Limited
Mercato Leadmanagement Investments. Holdings GmbH
Meredith, LLC
Merrimack, LLC
Metronome Financial, LLC
Metronome Holdings, LLC
Miracard, LLC
MM Holdings I, LLC
MM Holdings, LLC
MNI Holdings, LLC
Morning Mountain Holdings, LLC
Morresville, LLC
MRX Holdings LLC/ M plus
NAM Holdings I, Inc.
Nashua, LLC
Nationwide Recovery Holdings, LLC
Nationwide Recovery Systems, Lid.
NEBB Holdings, LLC
NEBB Institute, LLC
NEC Holdings, LLC
NEI Holdings, LLC
NEI Investments, LLC
NEI Management, LLC
Netfarmers GmbH
Netherlands Insurance Holdings Inc
New England Capital, LLC
New Hill Asset Management, LLC
New Ipswich, LLC
NHA Holdings, LLC
Nice Asset Management, Inc.
NIH Capital, LLC
NLC Holdings, LLC
NLC Investments, LLC
NOM GB 2018
Non Sport Update Holdings, LLC
Non Sport Update, LLC
Norlina, LLC
Northeast Insurance Holdings, Inc.
Northeast LMG Holdings, LLC
Northstar Financial Insurance Services, LLC
Notochord Limited
NPC National Physics Consultants, LLC
NS EBR, LLP
NSES 13, LLC
NSES B, Inc.

12

NSES C, Inc.
NSES D, Inc.
NSES E, Inc.
NSES F, Inc.
NSES Funding 10, LLC
NSES G, Inc.
NSES H, Inc.
NSX Wilmington Limited
NW Eye Care Management, LLC
NW Eye Surgeons Holdings, LLC
NWES Holdings, LLC
OAM Holdings I, Inc.
Oatman Asset Management, Inc.
Obsidian Healthcare Group Limited
Ocean Ophthalmology Management Holdings, LLC
Ocean Ophthalmology Management, LLC
OMPC, LLC
Online Reputations Manager, LLC
OGX Holdings, LLC
P A S Holding Limited
P Windup2 Limited
P Windupl Limited
PAM Holdings I, LLC
Paradigm Park Holdings, LLC
Paradise Asset Management, LLC
Parallel Capital Assets, LLC
Patent Review Score, Inc.
Patriot Group Holdings, LLC
Pavonia Life Insurance Company of Michigan
PB Investment Company Ltd.
PBO Holdings, Inc.
PBX Bermuda Holdings, Ltd.
PBX Holdings, LLC
PCF Holdings, LLC
PCF, LLC
Pelton Group, LLC
Pelton Holdings, LLC
Penn Medical Informatics Systems, LLC
Pharma Database, LLC
Pharma Holdings, LLC
PharmaSys Investments Limited
PharmaSys Limited
Phenna Holdings, LLC
PI Software Holdings, LLC
PI Software, LLC
Plaistow, LLC

13

PMMS Investments Limited
PMX, LLC
PPH Holdings, LLC
Practice Builders, LLC
Prairie E&L Holdings, LLC
Prairie E&L Management, LLC
Preferred Financial Corporation, LLC
Prime Case Funding, LLC
Prime Trust
ProActive Software Holdings, LLC
ProActive Software Limited
ProEdTech, LLC
Professional Medical Management Services Limited
Prolimiate Solutions Holdings, LLC
Prolimiate Solutions, LLC
Prospect Ridge Energy, LLC
QAM Holdings I, Inc.
Queenstown Asset Management, Inc.
R&A Eye Holdings, LLC
R&A Eye Management, LLC
Raymond, LLC
Recovery Web Solutions Limited
Red Begonia LLC
Red River Developments, LLC
Research Triangle Clinical Development
Resolute Free Press, LLC
Revenue Health Solutions, LLC
Reynolds & Anliker Holdings, LLC
RHS Holdings, LLC
Rindge, LLC
Rock Holdings I, LLC
Rockdale Asset Management, LLC
RPI Radiological Physics, LLC
Rumney, LLC
SAF Holdings I, LLC
SAF Holdings II, LLC
SAF Holdings III, LLC
SAF Holdings IV, LLC
SAM Holdings I, LLC
Sanctuary Banbury Limited
Sandown, LLC
SCMA, LLC
Secured Loan-Backed Funding I, LLC
Secured Loan-Backed Funding II, LLC
Secured Loan-Backed Funding III, LLC
Secured Loan-Backed Funding IV, LLC

14

Secured Loan-Backed Funding IX, LLC
Secured Loan-Backed Funding V, LLC
Secured Loan-Backed Funding VI, LLC
Secured Loan-Backed Funding VII, LLC
Secured Loan-Backed Funding VIII, LLC
Secured Loan-Backed Funding X, LLC
Secured Loan-Backed Funding XI, LLC
Secured Loan-Backed Funding XII, LLC
Secured Loan-Backed Funding XIII, LLC
Secured Loan-Backed Funding XIV, LLC
Secured Loan-Backed Funding XV, LLC
Secured Loan-Backed Funding XVI, LLC
Secured Loan-Backed Funding XVII, LLC
Sedwick, LLC
SFM Loan-Backed Funding, LLC
Shirt, LLC
Shop Loc Holdings, LLC
Shopper Local, LLC
SIC US Holdings, LLC
Sirius Capital Holdings Limited
Skyworld Corporation
SN Group Development, LLC
SN Malta Services Limited
SNA Funding, LLC
SNH Acquisition, LLC
Southland National Insurance Corporation
Socrates Healthcare Inc.
Somersworth, LLC
South Hill Holdings, LLC
Southeast Insurance Capital, LLC
Southern Hobby Distribution, LLC
Southern Hobby Holdings, LLC
Southland National Reinsurance Corporation
SP HoldCo, LLC
SSH Capital, LLC
Standard Advisory Services Limited
Standard Assets Fund I, LLC
Standard Assets Fund II, LLC
Standard Assets Fund III, LLC
Standard Assets Fund IV, LLC
Standard Financial Limited
Standard Holdings Limited
Standard Insurance Holdings, Inc.
Standard Investment Capital Ltd.
Standard Investment Holdings Ltd.
Standard LC Capital, LLC

15

Standard LC Holdings, Inc.
Standard Life Holdings Limited
Standard Life Limited
Standard Malta Holdings Limited
Standard Malta Limited
Standard Pacific Investments PTY LTD
Stoddard, LLC
Stratford HoldCo, LLC
Stratford Pharmaceuticals, LLC
Stratham, LLC
Summerville Asset Management, LLC
SW Holdings, LLC
Swanzey, LLC
TAC Holdings, LLC
TAC Home Mortgage, LLC
TAC Investments, LLC
Talaria Global Health, LLC
Talent Acquisition Innovation Holdings, LLC
Talent Acquisition Innovation, LLC
Targeted Metrics, LLC
TCC Junior Loan-Backed Funding, LLC
TCC Senior Loan-Backed Funding, LLC
TCI Loan-Backed Funding, LLC
The American Council on English Language Program Ce
The American Council, Inc.
The Corporate Responsibility Board, LLC
The HOEHNE Group - Software Division, LLC
The Recovery House Limited
The River Source Solution Holdings Company, LLC
The River Source Solutions, LLC
The River Source Treatment Center - Casa Grande LLC
TIAM Holdings I, LLC
Tier 1 Lending Holdings, LLC
Tier 1 Lending, LLC
toconnect GmbH
Toniq Limited
Tornado, LLC
Trans-Continental Credit & Collection Corp
Transcontinental Holdings, LLC
Treatment Direct Limited
Trier Holding B.V.
Triton Financial Limited
TUX Holdings, LLC
TV Fanfare Canada, LTD.
Tybee Island Asset Management, LLC
UAM Holdings I, Inc.

16

UK Addiction Treatment Group Limited
UK Addiction Treatment Limited
UK Asset Fund Holdings, LLC
UK Atlanta Holdings, LLC
UK Automotive Holdings, LLC
UK Fintech Holdings, LLC
UK Informatica Investments, LLC
UK Intralan Investments, LLC
UK Investment Holdings, LLC
UK Marval Investments, LLC
UKAT Holdings, LLC
UKAT InterCo Limited
UKAT Investments Limited
Understand.com Holding, LLC
Understand.com, LLC
Unit 77, LLC
United Staffing Solutions, LLC
Utopia Asset Management, Inc.
Valdosta, LLC
VAM Holdings I, Inc.
Van Ru Credit Corporation
Van Ru International, Inc.
Ventura Asset Management, Inc.
Vision Care Alliance, LLC
Vision Care Services Holdings, LLC
Vision Care Services, LLC
Vista Life & Casualty Reinsurance Company
Voice & Data Network AG
VR Collections, LLC
VR Enterprises, LLC
VRC Holdings, LLC
Waco Asset Management, Inc.
WACO Holdings I, Inc.
WC Holdings, LLC
Weare, LLC
Web Courseworks, LLC
Western Bancorp, Inc.
WesternB Holdings, LLC
WesternB Investments, LLC
Whitaker Mill, LLC
William Street Asset Management Limited
Williamson, LLC
Wilmington Holdings Limited
Wolfeboro, LLC
WPP Capital, LLC
WPSC HoldCo, LLC

WPSC Investments, LLC
Wsam Holdings Limited
WW Staffing, LLC
WWS Holdings, LLC
Yaras Group, LLC
Yarrow Three LLC
Yellow Lotus, LLC
ZAM Holdings I, Inc.
ZapIT Medical Physics, LLC
Zion Asset Management, Inc.