## SCHEDULE III – IALA AFFECTED PARTIES

3BL Media LLC
AAH Loan-Backed Funding, LLC
AAPC Holdings LLC
Academy Financial Assets LLC
Agera Energy LLC
Agera Holdings LLC
AGH Parent LLC
Ahoskie, LLC
Alpharetta LLC
Alstead, LLC
Alta Billing LLC
Amherst, LLC
Anaconda, LLC
AR Purchasing Solutions 2 LLC
AR Purchasing Solutions LLC
Asheboro, LLC
ASIM Holdings LLC
ASL Holding LLC
AT Denmark Investments ApS – (Arcane Tinmen)
Athens, LLC
Atkinson, LLC
AudioEducator, LLC
AudioSolutionz, LLC
Augusta Asset Management, LLC
Augusta, LLC
Automotive Fleet Investments Limited
Baldwin Asset Management LLC
Bankers Life Insurance Company
Barnstead, LLC
Barrington, LLC
BCC Holdings, LLC
BCC Junior Loan-Backed Funding, LLC
BCC Research, LLC
BCC Senior Loan-Backed Funding, LLC
Beaufort Holding S.A.
Begonia Eight LLC
Berkeley Lake, LLC
Berlin, LLC
BKT Loan-Backed Funding, LLC
BLH Capital LLC
Blue Daffodil LLC
Blue Skies Addiction Centre Ltd.
Blue Violet LLC
Bow, LLC
BRC Holding LLC

Canaan, LLC
Capital Asset Fund I LLC
Capital Asset Fund II LLC
Capital Asset Fund IV LLC
Capital Asset Fund V LLC
Capital Asset Management II LLC
Capital Asset Management III LLC
Care Referrals Limited
Carnation Three LLC
Casar, LLC
CBV Collections Limited
Certification for Long-Term Care LLC
Chatsworth Asset Management LLC
Chrysanthemum Two LLC
Claremont, LLC
Clayton, LLC
CLTC Junior Loan-Backed Funding, LLC
CLTC Senior Loan-Backed Funding, LLC (CLTC)
CMC Holding Company LLC
CMC Loan-Backed Funding, LLC
Cobra, LLC
Colorado Bankers Life Insurance Company
Columbus, LLC
ComplySmart LLC
Conway, LLC
Cowper, LLC
Creston, LLC
CV Investments LLC
Daisy Seven LLC
Damascus Asset Management LLC
Deering, LLC
Derry, LLC
Drummond Group LLC
Dunbarton, LLC
Durham, LLC
Effingham, LLC
Ephesus Asset Management LLC
Epping, LLC
Faison, LLC
Farmington, LLC
Fayetteville, LLC
Fiasco Fine Wine LLC
Flagship Holdings LLC
Fleet Assist Interco Limited
Fleet Assist Limited
Flowery Branch LLC

Forest Park Asset Management LLC
Forsyth LLC
Fortrex LLC
Franconia, LLC
PPF OFF 151 North Franklin Street, LLC
Futuresource Consulting Limited
Futuresource Holdings Limited
GBIG Capital LLC
GBIG Holdings Inc
Geranium Two LLC
Gifford Asset Management LLC
Gilford, LLC
Global A&D Holdings, LLC
Global Data Insights Limited
Global Operations Services, LLC
Goffstown, LLC
Goshen, LLC
Greenfield Capital LLC
Greenville, LLC
Hampstead, LLC
Hampton Asset Management LLC
Hansen Aerospace LLC
Health Audio, LLC
Henniker, LLC
Holt, LLC
Hooksett, LLC
Hopkinton, LLC
HPCSP Investments LLC
IMW EMR LLC
Independent Contractor Services, LLC
Intralan Investments Limited
Iredell, LLC
Iron City Asset Management LLC
iTech Funding LLC
Jackson Asset Management Inc
Jacksonville, LLC
Jaffrey, LLC
Kenly, LLC
Kite Asset Management Inc
Konnect Net Holdings LLC
Laconia, LLC
Lares LLC
Liberty House Clinic Limited
Lilly Asset Management LLC
Littleton, LLC
LMG Holdings LLC

Londonderry, LLC
Loudon, LLC
Louisburg, LLC
Macon, LLC
Madbury, LLC
Market Tech Media Corporation
Marshall Asset Management LLC
Marval Investments Limited
MBW Interco LLC
Mckinley Ventures Group LLC
Medical Physics LLC
Meredith, LLC
Merrimack, LLC
Morresville, LLC
MRX Holdings LLC/ M plus Holdings, LLC
Nashua, LLC
Netherlands Insurance Holdings Inc
New England Capital LLC
New Ipswich, LLC
NIH Capital LLC
NOM GB 2018
Norlina, LLC
Online Reputations Manager, LLC
P A S Holding Limited
Paradise Asset Management LLC
Parallel Capital Assets LLC
Patent Review Score, Inc.
PBO Holdings, Inc.
PBX Bermuda Holdings Ltd
PBX Holdings LLC
PCF LLC
Plaistow, LLC
Practice Builders, LLC
ProActive Software Holdings, LLC
ProActive Software Limited
ProEdTech, LLC
Raymond, LLC
Recovery Web Solutions Limited
Red Begonia LLC
Red River Developments LLC
Rindge, LLC
Rockdale Asset Management LLC
Rumney, LLC
Sanctuary Banbury Limited
Sandown, LLC
Secured Loan-Backed Funding I, LLC

Secured Loan-Backed Funding II, LLC
Secured Loan-Backed Funding III, LLC
Secured Loan-Backed Funding IV, LLC
Secured Loan-Backed Funding IX, LLC
Secured Loan-Backed Funding V, LLC
Secured Loan-Backed Funding VI, LLC
Secured Loan-Backed Funding VII, LLC
Secured Loan-Backed Funding VIII, LLC
Secured Loan-Backed Funding X, LLC
Secured Loan-Backed Funding XI, LLC
Secured Loan-Backed Funding XII, LLC
Secured Loan-Backed Funding XIII, LLC
Secured Loan-Backed Funding XIV, LLC
Secured Loan-Backed Funding XV, LLC
Secured Loan-Backed Funding XVI, LLC
Secured Loan-Backed Funding XVII, LLC
Sedwick, LLC
SFM Loan-Backed Funding, LLC
Shirt, LLC
Shop Loc Holdings, LLC
Shopper Local, LLC
Southland National Insurance Corporation
Somersworth, LLC
Standard Financial Limited
Standard Investment Capital Ltd
Standard Malta Holdings Limited
Stoddard, LLC
Stratham, LLC
Summerville Asset Management LLC
Swanzey, LLC
TAC Investments, LLC
Targeted Metrics, LLC
TCI Loan-Backed Funding, LLC
TCC Junior Loan-Backed Funding, LLC
TCC Senior Loan-Backed Funding, LLC
The Recovery House Limited
Tornado, LLC
Treatment Direct Limited
Triton Financial Limited
TV Fanfare Canada, LTD.
Tybee Island Asset Management LLC
UK Addiction Treatment Group Limited
UK Addiction Treatment Limited
UKAT Holdings, LLC
UKAT Interco Limited
UKAT Investments Limited

Valdosta, LLC
Weare, LLC
Whitaker Mill, LLC
Williamson, LLC
Wolfeboro, LLC
WPP Capital, LLC
Yarrow Three, LLC
Yellow Lotus, LLC